**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| INDIANA FINE WINE & SPIRITS, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>DAVID COOK, Chairman, Indiana Alcohol and Tobacco Commission; JOHN KRAUSS, Vice Chairman, Indiana Alcohol and Tobacco Commission; DALE GRUBB, Commissioner, Indiana Alcohol and Tobacco Commission; and MARJORIE MAGINN, Commissioner, Indiana Alcohol and Tobacco Commission,<br><br>      Defendants. | Case No. 1:20-cv-00741-TWP-MJD |

**DECLARATION OF BRADLEY M. DICK**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD**
**OF ATTORNEY'S FEES AND COSTS**

I, Bradley M. Dick, am of sufficient age and competent to testify from my personal knowledge as to the following facts:

1.      I have represented the Plaintiff Indiana Fine Wine & Spirits, LLC ("IFWS"), in the above captioned matter.  I am filing this Declaration in support of IFWS's motion for an award of attorney's fees and costs pursuant to 42 U.S.C. § 1988.

2.      I am a member of the Bar of State of Indiana, and a member of the Bar of the United States District Court for the Southern District of Indiana.  I am a partner in the law firm of Bose McKinney & Evans, LLP, with my office located in Indianapolis, Indiana.  I am attaching as Exhibit 1 my biographical information as contained on the Bose McKinney & Evans website, and that information is accurate.

3.     Following my graduation from the University of Michigan Law School in 2010, I served as a staff attorney at the Michigan Court of Appeals, and later clerked for Chief Justice Loretta H. Rush of the Indiana Supreme Court. After clerking for Chief Justice Rush, I joined Bose McKinney & Evans. In private practice, I have often litigated in the United States District Court for the Southern District of Indiana, and in 2018, due the number of appearances I have had before this Court, this Court appointed me to represent a prisoner in a case brought under 42 U.S.C. § 1983 involving constitutional challenges. *Wolfe v. Commissioner et al.*, 2:16-cv-00471-WTL-MJD.

4.     Alex C. Intermill also represents IFWS in this matter. One of Mr. Intermill's practice areas is Indiana alcoholic beverage law. A true and accurate copy of Mr. Intermill's website biography is attached as <u>Exhibit 2</u>. Mr. Intermill represented IFWS before the Indiana Alcohol and Tobacco Commission ("ATC"). We are not seeking payment for Mr. Intermill's time billed before the ATC or his time spent trying to resolve this matter before the federal litigation commenced.

5.     Bryan H. Babb represents IFWS in this matter. Mr. Babb has extensive litigation experience before the United States District Court for the Southern District of Indiana and before the Seventh Circuit Court of Appeals. In addition, Mr. Babb has extensive litigation and appellate experience in Indiana state courts, including many cases before the Indiana Supreme Court. A true and accurate copy of Mr. Babb's website biography is attached as <u>Exhibit 3</u>.

6.     Total Wine retained Bose McKinney & Evans on behalf of IFWS on an hourly basis.  The firm charged IFWS for our professional services at our standard hourly rates for matters -- $395 per hour for my time, $470 for Mr. Babb's time, $465 per hour for Andrew M.

McNeil's time[1], and $415 per hour for Alex C. Intermill's time. A paralegal from Bose McKinney & Evans, Sabrina L. Gill[2], also performed work on this matter and her rate is $250 per hour. These are the actual market billing rates charged by these individuals. In my experience, these hourly rates are fair and reasonable for attorneys and a paralegal with comparable experience – particularly for matters involving federal court constitutional litigation. Moreover, these are the rates that our client, a sophisticated business entity, agreed to pay for our professional services.

7.    I am attaching to this Declaration as Exhibit 6 time entries for Bose McKinney & Evans LLP for this matter dated between March 5, 2020 and July 30, 2020.  Beginning on March 5, 2020, the professional services we provided to IFWS involved legal research and drafting the Complaint filed in this matter, along with research and drafting related to the filing of a motion for a preliminary injunction and permanent injunction, preparation of the supporting papers, and preparation of reply briefs in response to the ATC's briefs.  We also provided services regarding prolonged attempts to settle this matter, and we participated in several conferences with Magistrate Judge Dinsmore and prepared or reviewed drafts of the case management order and the initial disclosures.

8.    The attached Bose McKinney & Evans LLP invoices reflect total billings of $32,408.50.  This includes the following hours by each attorney and paralegal: Mr. Babb, 31.3 hours; Mr. Intermill, 11.1 hours; Mr. McNeil, .2 hours; Mr. Dick, 30.3 hours; and Ms. Gill, 2.1

---

[1] Mr. McNeil billed .2 hours on this matter. A true and accurate copy of Mr. McNeil's website biography is attached as Exhibit 4.

[2] A true and accurate copy of Ms. Gill's website biography is attached as Exhibit 5.

hours. We also billed IFWS for out of pocket expenses totaling $700. A true and accurate copy of costs Bose McKinney & Evans LLP incurred is attached as Exhibit 7.

9.      The professional services that Bose McKinney & Evans LLP provided to IFWS were reasonable and necessary to achieve the relief that we obtained for our client, resulting in this Court's entry of a preliminary injunction, and later a permanent injunction, in which the Court determined that the Indiana residency statute was invalid under the Dormant Commerce Clause, was not saved by the Twenty-first Amendment, and that IFWS had met the legal standards required for the entry of declaratory and preliminary and permanent injunctive relief.

10.      Bose McKinney & Evans LLP billed IFWS approximately $33,108.50 for fees and expenses related to this litigation, and it is my opinion that that is a fair and reasonable fee for the services provided by the Bose McKinney & Evans LLP attorneys and paralegal.

11.      It is my belief that the services provided by Bose McKinney & Evans LLP were all reasonably necessary to obtain the relief granted to IFWS by the Court, and that the services were charged at fair and reasonable rates that IFWS agreed to pay and has paid.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on July 31, 2020.

 _/s/ *Bradley M. Dick*_____
Bradley M. Dick

# EXHIBIT 1

**BOSE McKINNEY & EVANS LLP**

ATTORNEYS AT LAW



# Brad M. Dick

**Email: bdick@boselaw.com**

**Phone: 317-684-5370**

**Fax: 317-223-0370**

**Address: 111 Monument Circle, Suite 2700, Indianapolis, IN 46204**

## Profile

Bradley Dick is a partner in the Litigation, Government Services, and Utilities groups of Bose McKinney & Evans.  He graduated *magna cum laude* from the University of Michigan Law School. Prior to joining the firm, Brad served as a judicial law clerk for Chief Justice Loretta H. Rush of the Indiana Supreme Court.

Brad represents individuals, businesses, and government entities in a variety of litigation matters, from contract disputes to defending clients accused of racketeering.  For example, Brad successfully defended a municipality accused of breaching a more than $750,000,000 contract, obtaining a dismissal of all claims.  Brad has represented clients before state courts throughout the state, federal district courts, the Indiana Court of Appeals, the Seventh Circuit Court of Appeals, and the Indiana Supreme Court.

Brad also represents government entities and utilities, serving as municipal counsel for cities and towns, responding to public records requests and related litigation, drafting ordinances and resolutions, and representing utilities in a wide range of matters.

## Education

University of Michigan Law School (J.D. *magna cum laude*, 2010)
Indiana University – Bloomington (B.A. in telecommunications, 2003)

## Honors / Awards

*Indiana Super Lawyers® – Rising Stars Edition* (2018 – 2019; State, Local & Municipal)

## Representative Matters

- *Highland TH, LLC v. City of Terre Haute*, No. 2:15-cv-00196-JMS-DKL, 2016 WL 2866052 (S.D. Ind. May 17, 2016). Successfully defended the City of Terre Haute on claims relating to a more than $750,000,000 contract, obtaining a dismissal of all counts.
- *Sheets v. Birky*, 54 N.E.3d 1064 (Ind. Ct. App. 2016). Court of Appeals affirmed jury verdict in favor of client.
- *Phillips v. Bank of Indiana, N.A.*, No. 2:13-CU-418-WTO-DHL, 2015 5043863 (S.D. Ind. Aug. 26, 2015). Obtained dismissal of claims against clients, who were former bank directors.
- *GEO Finance, LLC v. University Square 2751, LLC*, 105 F.Supp.3d 753 (E.D. Mich. 2015).
- *Wagler v. West Boggs Sewer District, Inc.,* 29 N.E.3d 170 (Ind. Ct. App. 2014). Court of Appeals affirmed trial court order in favor of client, and Court of Appeals ordered opposing side to pay appellate attorneys' fees.

## Appearances / Publications

- Presenter "Standing to Sue Local Government" (Indiana Municipal Lawyers Association Municipal Law Seminar, June 2016)
- Co-author "Developments in Indiana Appellate Procedure: Rule Amendments, Remarkable Case Law, and Court Guidance for Appellate Practitioners," 52 *Ind. L. Rev.* 617 (2019)
- Co-author "Developments in Indiana Appellate Procedure: Rule Amendments, Remarkable Case Law, and Court Guidance for Appellate Practitioners," 49 *Ind. L. Rev.* 963 (2016)
- Presenter "Access to Public Records Act and Digital Communications" (Indiana Association of Cities and Towns Annual Conference, September 2015)
- Co-author "Developments in Indiana Appellate Procedure: Rule Amendments, Remarkable Case Law, and Court Guidance for Appellate Practitioners," 48  *Ind. L. Rev.* 1173 (2015)
- Co-author "Developments in Indiana Appellate Procedure: Rule Amendments, Remarkable Case Law, and Court Guidance for Appellate Practitioners," 47 *Ind. L. Rev.* 969 (2014)

**Appointments / Memberships**

Sagamore Inn of Court (2013-2014)
Indiana State Bar Association
Indianapolis Bar Association

**Outside the Office**

Brad enjoys spending time with his family, reading and running.  He has completed eleven marathons, including the New York City, Chicago, San Francisco, Cincinnati and Indianapolis Monumental marathons.

**Admissions**

Indiana, United States District Court for the Southern District of Indiana

# EXHIBIT 2

**BOSE McKINNEY & EVANS LLP**

ATTORNEYS AT LAW



# Alex C. Intermill

**Email: aintermill@boselaw.com**

**Phone: 317-684-5302**

**Fax: 317-223-0302**

**Address: 111 Monument Circle, Suite 2700, Indianapolis, IN 46204**

## Profile

Alex Intermill is a partner with Bose McKinney & Evans' Environmental Law, Hospitality and Alcoholic Beverage Law, Real Estate, and Governmental Services Groups. In his environmental law practice, he assists clients with state and federal environmental litigation, insurance recovery, administrative appeals, remediation and securing funds for environmental cleanup, Indiana Responsible Property Transfer Law (IRPTL), Excess Liability Trust Fund (ELTF) and underground storage tank (UST) issues, NPDES permitting, wetland development, and the acquisition and sale of real property with environmental concerns. In addition, Alex assists clients in land use and zoning issues and hearings.  He also has extensive experience representing restaurants, grocery and convenience stores, distilleries, and microbreweries, assisting with the procurement of federal and state alcoholic beverage licensing, permit transfers and permit sales, negotiating with excise police and ATC prosecutors, attending local board hearings, and pursuing appeals of denials of permit applications. Additionally, Alex assists municipalities, including Pendleton, Indiana and Fortville, Indiana where he serves as town attorney, with various municipal issues such as annexation, police and fire department matters and disciplinary actions, historic preservation, economic development, zoning and land use, and utility matters.

A 2004 graduate of Indiana University Robert H. McKinney School of Law – Indianapolis, Alex is admitted to practice law in the State of Indiana and before the United States District Courts for the Northern and Southern Districts of Indiana. Alex is a member of the Indianapolis and Indiana State Bar Associations. He is a former high school Spanish teacher.

## Education

Indiana University Robert H. McKinney School of Law – Indianapolis (J.D., 2004)
Indiana University (B.S., 1999)
Purdue University (B.A., 1995)

## Honors / Awards

*Chambers USA*  2013-2016, Environment; Distinguished Fellow of the Indianapolis Bar Association (2012); *Indiana Rising Stars®* 2009-2012 (Environmental Litigation); Junior Achievement's Best and Brightest Award Finalist (2009); *Indiana Lawyer's* Up & Coming Lawyer Award (2008)

## Appearances / Publications

Alex has served as a panelist and presenter at hospitality industry events, including NALCP and IPCA conferences.  He frequently comments on alcoholic beverage issues before state legislative committees and state agencies.

## Appointments / Memberships

**Member:** National Association of Alcoholic Beverage Licensing Attorneys; National Association of Licensing and Compliance Professionals; Indianapolis Bar Association (Government Practice Section chair, 2008-2009); Indiana State Bar Association (Environmental Law Section chair, 2012-2013, vice chair, 2011-2012); American Lung Association (Indiana Board and Fight for Air Climb Executive Leadership Team, 2013-present, chair of the Fight for Air Climb 2017-2018); Indiana Food and Fuel Association; Indianapolis Bar Leader Series Steering Committee (2010-2011); Indianapolis Bar Association Bar Leader Series, Class VII; Best Buddies Indiana (former board member); Girls, Inc. (former board member); American Alpine Club (2015-present).

## Admissions

Indiana, United States District Court for the Northern District of Indiana, United States District Court for the Southern District of Indiana

# EXHIBIT 3



# Bryan H. Babb

**Email: bbabb@boselaw.com**

**Phone: 317-684-5172**

**Fax: 317-223-0172**

**Address: 111 Monument Circle, Suite 2700, Indianapolis, IN 46204**

## Profile

Bryan Babb is the chair of the Appellate Services Group, and a member of the Litigation Group, assisting clients with a wide variety of complex commercial appellate and litigation matters. Bryan also is a member of the firm's Diversity Committee. Before joining the firm, Bryan served as a judicial law clerk for Indiana Supreme Court Justice Frank Sullivan, Jr. A graduate of the United States Military Academy at West Point (B.S. 1989), Boston University (M.S. 1994), and Indiana University Maurer School of Law – Bloomington (J.D. *cum laude*, 1999), Bryan served as editor-in-chief for Volume 74 of the *Indiana Law Journal*. Prior to attending law school, Bryan served as a captain in the Field Artillery with 1st Armored Division, U.S. Army, Europe. Bryan has been the principal author of numerous appellate and amicus briefs in both state and federal appellate courts and has argued before the Indiana Supreme Court, the Indiana Court of Appeals and the U.S. Court of Appeals for the Seventh Circuit. Bryan also has served as an expert witness on the reasonableness of appellate fees, and his work in this regard was discussed by the Indiana Court of Appeals in *Knightstown Banner, LLC v. Town of Knightstown*, 882 N.E.2d 270 (Ind. Ct. App. 2008). Bryan is one of six attorneys from Indiana who have received membership into the American Academy of Appellate Lawyers.

## Education

Indiana University Maurer School of Law – Bloomington (J.D. *cum laude*, May 1999)
Boston University (M.S.B.A., September 1994)
United States Military Academy (B.S., December 1989)

## Honors / Awards

- Member of the American Academy of Appellate Lawyers.
- *Best Lawyers*® 2014 Indianapolis Appellate Practice Lawyer of the Year
- *The Best Lawyers in America*® 2008-2020 in the Appellate practice area
- *Indiana Super Lawyers*® 2009-2020 (Appellate)
- Top 50 *Indiana Super Lawyers*® 2012-2020
- *Chambers USA* 2013, 2014, 2016-2020 in Litigation – Appellate
- 2006 Carmel High School Distinguished Alumni Award
- Indy's Best & Brightest Lawyers 2005 (40 and under) (Junior Achievement/KPMG)
- Henry Ossian Flipper Award, United States Military Academy
- Army Football Coaches Award for Leadership

## Representative Matters

- Representation of a Fortune 100 military defense contractor before the Indiana Supreme Court in a multi-million dollar contract overrun dispute concerning the next generation stealth fighter
- Multiple representations before the Indiana Supreme Court concerning emergency transfer and original action matters
- Multiple representations before the Indiana Court of Appeals concerning emergency stay matters
- Representation of numerous local, state, and national interest groups as *amici curiae* before the Indiana Court of Appeals and Indiana Supreme Court on matters including environmental remediation costs, emotional distress, insurance coverage, collateral source issues, asbestos liability, freedom of the press, etc. (appellate oral arguments)
- Representation of a large, national real estate company in the first Indiana appellate court decision applying the generally recognized law of "joint ventures" (appellate oral argument)
- Representation of a school superintendent in the first Indiana Supreme Court decision applying the "public interest privilege" to defeat a defamation claim (appellate oral argument)
- Representation of a state mayor in the first modern day Indiana Supreme Court decision interpreting the "fraud" subsection of the election contest statute (appellate oral argument)
- Representation of another state mayor in the first Indiana Court of Appeals proceeding interpreting the "Hatch Act" subsection of the election contest statute (appellate oral argument)

- Representation of a regional builders association in the first-ever challenge to a local municipal impact fee
- Representation of a state municipality defending against an incorporation proceeding intended to thwart the municipality's annexation
- Representation of a large, national retail store before the Indiana Supreme Court on an instructional error issue, which resulted in the modern day distinction in standards of review applied to the three types of instructional error typically alleged in Indiana
- Representation of a national pizza chain in a contract dispute before the Indiana Court of Appeals
- Representation of various parties before the Indiana Court of Appeals and Indiana Supreme Court on land use matters, including zoning and utility issues
- Representation of a school corporation in a Title VII case in federal district court
- Representation of a state municipality in a Section 1983 case in federal district court
- Representation of two different local municipalities before Indiana state trial courts in separate annexation matters

## Appearances / Publications

**Speaker:** Bryan has appeared as a featured guest in the *Indiana Lawyer*, on WJOB Radio, and on National Public Radio. He is frequently quoted in Indiana newspapers, including *The Indianapolis Star, The Fishers Current*, and *The Carmel Current*, while representing firm clients. Bryan has lectured on numerous aspects of appellate practice for the Indiana Continuing Legal Education Forum, as well as for bar associations at seminars and conferences, including the following:

- "Practical Tips on How to Prepare/Deliver a Remote Oral Argument" (IndyBar Appellate Practice Section, May 2020)
- "Summary Judgment Trends and Tips Post-Hughley" (IndyBar Appellate Practice Section, Nov. 2019) (co-presenter)
- "Ethical Issues in Appellate Practice" (Appellate Practice Advocacy, ICLEF, Nov. 2019)
- Speaker / Panel Discussion: "A Salute to Justice Robert D. Rucker's Contributions to Indiana Law" (I.U. McKinney School of Law, May 2017)
- "Advanced Appellate Practice" (ICLEF, July 2012)
- "Appealable Orders" (ICLEF, May 2012)
- "Successfully Navigating the Appeals Process" (NBI Seminar, 2010)
- "Appellate Oral Advocacy" (Evening with the Appellate Judges, ICLEF, May 2009)
- Moderator: "Riding the Erie Railroad" / Panel Discussion: "State Law Issues in Federal Circuit and District Courts" (7th Circuit Bar Association Annual Meeting, May 2009)
- "Welcome to the 21st Century: An Appellate Perspective" (ICLEF, Oct. 2008)
- "Appellate Practice – Tough Topics" (ICLEF, May 2008, French Lick) (Program Chair)
- "Oral Argument Before Indiana's Appellate Courts" (Appellate Practice Survey, ICLEF, Oct. 2007)
- "Motions Practice" (Appellate Skills Institute, ICLEF, Nov. 2006)
- "Civil Petitions to Transfer and Oral Arguments in the Indiana Supreme Court" (Criminal & Civil Appellate Practice, Lorman, Mar. 2006)
- "Making It Last: The Preservation of Issues for Appellate Review" (Evidentiary & Discovery Issues in Business Litigation, ICLEF, Oct. 2005)
- "Initiating the Appeal" (Appellate Practice Survey, ICLEF, Oct. 2004)

**Author:** Bryan has authored or co-authored various articles in legal and professional publications, including the following:

- "Developments in Indiana Appellate Procedure: Rule Amendments, Remarkable Case Law, and Court Guidance for Appellate Practitioners," 52 *Ind. L. Rev.* 617 (2019)
- *Volume 24, Indiana Practice – Appellate Procedure,* (3d ed.), West Publishing Co., 2001-2018)
- "Developments in Indiana Appellate Procedure: Rule Amendments, Remarkable Case Law, and Court Guidance for Appellate Practitioners," 51 *Ind. L. Rev.* 925 (2018)
- "Developments in Indiana Appellate Procedure: Rule Amendments, Remarkable Case Law, and Court Guidance for Appellate Practitioners," 50 *Ind. L. Rev.* 1145 (2017)
- "Developments in Indiana Appellate Procedure: Rule Amendments, Remarkable Case Law, and Court Guidance for Appellate Practitioners," 49 *Ind. L. Rev.* 963 (2016) [Reprinted with permission of the *Indiana Law Review*]
- "Developments in Indiana Appellate Procedure: Rule Amendments, Remarkable Case Law, and Court Guidance for Appellate Practitioners," 48 *Ind. L. Rev.* 1173 (2015) [Reprinted with permission of the *Indiana Law Review*]
- "Developments in Indiana Appellate Procedure: Rule Amendments, Remarkable Case Law, and Court Guidance for Appellate Practitioners," 47 *Ind. L. Rev.* 969 (2014) [Reprinted with permission of the *Indiana Law Review*]
- "Developments in Indiana Appellate Procedure: Rule Amendments, Remarkable Case Law, and Court Guidance for Appellate Practitioners," 46 *Ind. L. Rev.* 925 (2013) [Reprinted with permission of the *Indiana Law Review*]
- "Developments in Indiana Appellate Procedure: Rule Amendments, Remarkable Case Law, and Court Guidance for Appellate Practitioners," 45 *Ind. L. Rev.* 959 (2012) [Reprinted with permission of the *Indiana Law Review*]
- "Developments in Indiana Appellate Procedure: Rule Amendments, Remarkable Case Law, and Court Guidance for

Appellate Practitioners," 44 *Ind. L. Rev.* 1033 (2011) [Reprinted with permission of the *Indiana Law Review*]
- "Developments in Indiana Appellate Procedure: Rule Amendments, Remarkable Case Law, and Guidance for Appellate Practitioners," 43 *Ind. L. Rev.* 579 (2010) [Reprinted with permission of the *Indiana Law Review*]
- "Developments in Indiana Appellate Procedure: Rule Amendments, Notable Case Law, and Tips for Appellate Practitioners," 42 *Ind. L. Rev.* 813 (2009) [Reprinted with permission of the *Indiana Law Review*]
- "Developments in Indiana Appellate Procedure: Appellate Rule Amendments, Remarkable Case Law, and Refining Our Indiana Practice," 41 *Ind. L. Rev.* 853 (2008)
- "Setting the Annexation Record Straight: The Myth Underlying Annexation Reform in Indiana" (*Res Gestae*, 2008)
- "Emotionally Distressed in Indiana: Separate Tests for Primary Victims and Bystanders" (*Res Gestae*, 2003) (cited in SCI Ind. Funeral Servs. v. D.O. McComb & Sons, Inc., 820 N.E.2d 700, 711 n.2 (Ind. Ct. App. 2005))

## Appointments / Memberships

- Fishers Fire & Emergency Services Merit Board, President (present)
- Fishers Police Merit Commission, Vice President (present)
- American Bar Association, Member
- Indiana State Bar Ass'n, Appellate Practice Section (Council member, 2006-2007)
- Indianapolis Bar Ass'n, Appellate Practice Section (Chair-Elect, 2008; Chair, Amicus Curiae Committee, 2007; Executive Committee, 2009-present; Amicus Curiae Committee, 2017)
- Indiana University School of Law – Bloomington Alumni Board (2007-2012)
- Indianapolis Bar Ass'n Board of Managers (2007-2009)
- Indiana Bar Foundation (Fellow, 2005-present)
- Indianapolis American Inn of Court (Master) (2005-present)
- Indiana Legal Foundation, Legal Advisory Committee (2012 – present)
- Chair, Indianapolis Bar Association's Bar Leader Series (2004-2005)
- General Counsel, West Point Society of Indiana (present)
- General Counsel & Director, Indy Family Foundation (present)
- Heroes Foundation Board Member (present)
- Class XXV, Stanley K. Lacy Executive Leadership Series
- Co-Class Agent, Indiana University School of Law – Bloomington
- Member, 1988 Army Football Sun Bowl Team; Commander-in-Chief's Trophy Winner

## Outside the Office

Bryan spends his free time with his daughter and twin sons. He also enjoys exercising, watching Army football and riding with Team Heroes Cycling.

## Admissions

Indiana, Indiana Supreme Court, Supreme Court of the United States, United States Court of Appeals for the Seventh Circuit, United States District Court for the District of Columbia, United States District Court for the Northern District of Indiana, United States District Court for the Southern District of Indiana

# EXHIBIT 4

**BOSE**
**McKINNEY**
**& EVANS LLP**
ATTORNEYS AT LAW



## Andrew M. McNeil

**Email: amcneil@boselaw.com**

**Phone: 317-684-5253**

**Fax: 317-223-0253**

**Address: 111 Monument Circle, Suite 2700, Indianapolis, IN 46204**

## Profile

Andrew McNeil is a fellow of the American College of Trial Lawyers. As a partner in the Labor and Employment, Litigation and Appellate Groups, Andrew concentrates his practice on litigating and trying business disputes of all shapes and sizes, with a primary focus on non-competes, trade secrets, business torts, and contract cases. He has tried numerous cases in front of federal and state juries and judges, as well as arbitrators and administrative law judges. His ligation experience also includes environmental cost recovery matters, antitrust, wage and hour class and collective actions, ERISA matters, franchise disputes, insurance coverage, and employment discrimination claims. He is admitted to practice in the Indiana state courts, the Supreme Court of the United States, the United States Court of Appeals for the Fourth, Sixth, and Seventh Circuits, the United States District Courts for the Northern and Southern Districts of Indiana and the Western District of Michigan.

## Education

University of Michigan (J.D., *cum laude*, 1995)
Taylor University (B.A. in history, *summa cum laude*, 1992)

## Honors / Awards

Inducted as a Fellow of the American College of Trial Lawyers; *The Best Lawyers in America*® 2013-2020; *Indiana Super Lawyers*® 2008-2020 (Business Litigation); *AV*® Peer Review rated by Martindale-Hubbell; NAIA Track & Field Scholar Athlete (1991); competitor in the marathon at national track meet (1991); NCCAA Scholar Athlete – Cross Country (1991) and Track & Field (1992); team captain, cross country (1991), track and field (1992)

## Representative Matters

Representative Trial Experience:

- Lead trial counsel for contract manufacturer on breach of contract claims by California-based customer in a two-week jury trial;
- Lead plaintiff's counsel for truck distributor on breach of contract and fraud claims against truck supplier in week-long jury trial;
- Lead trial counsel for investment advisory firm in a week-long bench trial against former sales employee challenging the firm's compensation plan;
- Lead counsel in week-long arbitration involving indemnification claims related to a professional sports league;
- Lead trial counsel for former CEO of a regional grocery chain on breach of contract, fraud and ERISA claims brought by new owners of grocery chain in two-week jury trial;
- Lead trial counsel for home healthcare agency in religious discrimination pattern and practice, disparate treatment, and hostile environment claims brought by EEOC in two-week jury trial;
- Lead trial counsel for tissue bank and medical device distributor in trade secret and business tort case brought by a competitor in a seven-day jury trial;
- Lead plaintiff's counsel for a food manufacturer in a trade secret and business tort case brought against former employees in a week-long jury trial;
- Lead plaintiff's counsel for a medical device distributor in a case involving the breach of an earn-out provision in an asset purchase agreement against international medical device manufacturer in week-long bench trial;
- Lead trial counsel in various single-plaintiff Title VII, ADA and ADEA federal court jury trials;
- Lead trial counsel in numerous preliminary injunction hearings involving non-compete and trade secret claims;
- Trial counsel assisting subject matter experts in eminent domain and annexation trials;
- Lead counsel securing summary judgment for international manufacturer on claims by former independent sales representative for breach of contract, unpaid commissions, tortious interference and violation of state franchise act; and
- Lead counsel securing summary judgment for chemical manufacturer on ERISA claims brought by former employee.

Bose McKinney & Evans LLP is a member of Mackrell International, a network of independent law firms from more than 60 countries.

**Appearances / Publications**

Andrew frequently speaks at continuing legal education and human resource seminars on all aspects of the employment relationship.

**Appointments / Memberships**

Board of Directors, Indiana Federal Community Defenders; 1999 graduate of the Indiana Leadership Forum

**Admissions**

Indiana, Supreme Court of the United States, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Sixth Circuit, United States District Court for the Northern District of Indiana, United States District Court for the Southern District of Indiana

# EXHIBIT 5



**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

# Sabrina L. Gill

**Email: sgill@boselaw.com**

**Phone: 317-684-5379**

**Fax: 317-684-0379**

**Address: 111 Monument Circle, Suite 2700, Indianapolis, IN 46204**

## Profile

Sabrina Gill is a paralegal in the Litigation and Business Services Groups of Bose McKinney & Evans LLP. Sabrina has worked in the legal industry as an office manager and as a paralegal since the mid-1970s. At Bose McKinney & Evans, she assists attorneys and clients with business-related issues, such as corporate governance and formation, licensing, mergers and acquisitions, joint ventures, dissolutions and SEC reporting. Sabrina's experience also includes assistance in complex litigation and construction litigation matters, including preparing court documents and deposition summaries.

## Education

Franklin University (studies in business administration)

## Appointments / Memberships

Indiana Paralegal Association; National Federation of Paralegal Associations

# EXHIBIT 6

Title: Time Detail

Date: 7/29/2020, 4:07:35 PM

WIP Status: WIP (W), Prebill (P), Billed (B)

Client/Matter: Total Wine & More (029974) Federal Residency Litigation (0002)

| Timekeeper | Date | Base Hours | Billed Amount | Narrative |
|---|---|---|---|---|
| Babb, Bryan H. (0841) | 3/5/2020 | 2.20 | $1,034.00 | Conference with A. Intermill regarding assisting with filing lawsuit seeking declaratory and injunctive relief as it concerns the denial of the client's requested permit based on Indiana's statutory residency requirements; review draft complaint; begin updating/researching Indiana law on PI requirements in the Southern District; locate exemplar PI filings on our iManage system and start revising the draft complaint in advance of tomorrow's filing goal. |
| Intermill, Alex C. (0976) | 3/5/2020 | 0.80 | $332.00 | Review and provide proposed edits to draft complaint; call with B. Shaffer regarding complaint and local counsel matters; follow up on same; review of revised complaint. |
| Dick, Bradley M. (1122) | 3/6/2020 | 2.10 | $829.50 | Review, draft, and edit complaint before filing; review accompanying filings. |
| Babb, Bryan H. (0841) | 3/6/2020 | 5.80 | $2,726.00 | Attention to: various tasks associated with reviewing and revising the draft complaint for declaratory and injunctive relief, as well as coordinate drafting the appearances and summonses; begin coordinating admission of co-counsel; update paralegal S. Gill in this regard via email, so we can get started on Monday with respect to that process; review ███████ memo and discuss same with A. Intermill and B. Dick; share various drafts of the complaint with B. Dick and discuss advantages to revising same; conduct final review of the complaint, appearances and summonses for grammatical and citational accuracy, correctness and completeness and coordinate e-filing same; reach out to Attorney General Litigation Chief Patricia Erdmann for a courtesy heads up that she appreciated. |
| Babb, Bryan H. (0841) | 3/6/2020 | 5.80 | | Review of revised draft of complaint; communications with B. Babb regarding same; email communications with R. Shaffer, W. Murphy, and J. Connolly regarding complaint; call Chairman Cook to provide update on complaint. |
| Intermill, Alex C. (0976) | 3/6/2020 | 0.90 | $373.50 | |
| Dick, Bradley M. (1122) | 3/8/2020 | 0.40 | $158.00 | Provide overview of case with Judge Pratt and her approach as a judge. |
| Dick, Bradley M. (1122) | 3/9/2020 | 0.20 | $79.00 | Analyze preliminary injunction briefing strategy and review email correspondence on same issue; review district court orders and filings. |
| Babb, Bryan H. (0841) | 3/9/2020 | 2.30 | $1,081.00 | Send email over the weekend relative to Judges Pratt and Dinsmore; coordinate with S. Gill to begin pro hac admittance process for co-counsel; coordinate with D. Cowell to implement service of Friday's e-filings; attention to: drafting, coordinating and filing our corporate disclosure statement; conference with A. Intermill regarding same; review the filings before the ATC. Exchange various emails with the group about next steps; draft and send detailed email to the group, attaching (after locating) the separate PI filings (in both pdf and MS Word version) in the Hemp matter to help guide us on getting our PI motion and brief filed as quickly as possible; also attach the Hemp CCS to give us an idea of timing for a ruling. |

| Name | Date | Hours | Amount | Description |
|---|---|---|---|---|
| Intermill, Alex C. (0976) | 3/9/2020 | 0.40 | $166.00 | Attention to corporate disclosure and service of complaint; communications with court clerk regarding same. |
| Gill, Sabrina L. (1375) | 3/9/2020 | 0.50 | $125.00 | Preparation of Pro Hoc Vice documents and email to W. Murphy requesting additional information. |
| Dick, Bradley M. (1122) | 3/10/2020 | 0.80 | $316.00 | Attend conference call regarding preliminary injunction and strategy. |
| Babb, Bryan H. (0841) | 3/10/2020 | 1.60 | $752.00 | Attention to: coordinating a conference call with the team to discuss the approach to the PI motion and briefing; confirm a call later today and prepare for same; receive first drafts of pro hac filings from S. Gill and review same; conference with her regarding same; participate in team conference call regarding briefing strategy going forward. |
| Intermill, Alex C. (0976) | 3/10/2020 | 0.80 | $332.00 | Call with litigation team to discuss timing and strategy for PI motion and briefing. |
| Gill, Sabrina L. (1375) | 3/10/2020 | 0.50 | $125.00 | Review and revise Pro Hoc Vice documents for J. Connolly and email to J. Connolly regarding same. |
| Babb, Bryan H. (0841) | 3/11/2020 | 0.30 | $141.00 | Attention to: continue coordinating the pro hac admittance procedure. Receive latest round of draft filings from S. Gill and review same. Conference with her regarding same. |
| Dick, Bradley M. (1122) | 3/12/2020 | 0.20 | $79.00 | Review profiles of attorneys representing state; analyze whethe[redacted] Receive the AG's appearances and forward same to the team, asking [redacted] Review the [redacted] |
| Babb, Bryan H. (0841) | 3/12/2020 | 0.30 | $141.00 | S.D. Ind. Local rules again in advance of receiving the draft PI filings from John. Coordinate the additional pro hac filing for Murphy. |
| Intermill, Alex C. (0976) | 3/12/2020 | 0.40 | $166.00 | Review of appearances by AG; communications with Total Wine regarding same and strategy for PO. |
| Babb, Bryan H. (0841) | 3/13/2020 | 1.30 | $611.00 | Receive the draft PI motion, supporting memo and supporting Armstrong affidavit from John Connolly and begin to review same, along with key decisional authority cited in same, with the goal of getting them suggested revisions prior to Monday, so we can file on Monday. Review local rules on Monday requirements. |
| Babb, Bryan H. (0841) | 3/14/2020 | 3.60 | $1,692.00 | Review key authority forming the basis for our PI motion, including the U.S. Supreme Court's opinion in Tennessee Wine. Continue and finish reviewing the draft PI motion, supporting memo and supporting Armstrong affidavit, including key decisional authority cited in same, and send back suggested revisions on all documents to the team. Locate [redacted] and forward same to the team. |
| Dick, Bradley M. (1122) | 3/16/2020 | 0.40 | $158.00 | Review preliminary injunction motion. |
| Babb, Bryan H. (0841) | 3/16/2020 | 5.80 | $2,726.00 | Receive updated versions of the draft PI motion, supporting memo and supporting Armstrong affidavit from John Connolly and await input from Bob Shaffer. Exchange various emails throughout the day related to ongoing changes being made to these documents, as well John Connolly's pro hac filings. Conduct final review of finalized PI motion, supporting memo and supporting Armstrong affidavit for grammatical and citational accuracy, correctness and com-pleteness, as well as ensuring that the proper exhibits and included with each filing, and coordi-nate e-filing same. Coordinate sending a final email to the team to confirm that we have filed everything. |
| Gill, Sabrina L. (1375) | 3/16/2020 | 0.50 | $125.00 | Preparation of Pro Hoc Vice documents and email to J. Connolly for signature and additional information. |
| Dick, Bradley M. (1122) | 3/17/2020 | 0.20 | $79.00 | Review court orders on status conference and preliminary injunction. |

| Timekeeper | Date | Hours | Amount | Description |
|---|---|---|---|---|
| Babb, Bryan H. (0841) | 3/17/2020 | 0.80 | $376.00 | Attention to: various tasks related to John Connolly's pro hac filings. Receive Judge Dinsmore's scheduling order and conference with team re: same. Reach out to Jeff Garn at the AG's office about scheduling and call the magistrate. Report back my conversation to the team. Exchange emails with the team re: same. |
| Gill, Sabrina L. (1375) | 3/17/2020 | 0.30 | $75.00 | Review of Pro Hoc Vice documents for J. Connolly and filing of same; preparation and submission of Electronic Case Filing for W. Murphy. |
| Dick, Bradley M. (1122) | 3/18/2020 | 0.10 | $39.50 | Review court order for status conference on preliminary injunction and related email correspondence. |
| Babb, Bryan H. (0841) | 3/18/2020 | 0.90 | $423.00 | Receive Dinsmore's scheduling order relative to the PI filing and forward same to the team. Coordinate a team phone call before the court's conference call on Friday, exchanging several emails re: same. Receive Connolly's order granting him pro hac status. Review the timeline in the ▮▮▮▮ |
| Babb, Bryan H. (0841) | 3/19/2020 | 0.40 | $188.00 | Continue coordinating a team phone call before the court's conference call on Friday, exchanging emails regarding same. Confirm time and conference call invite. |
| Dick, Bradley M. (1122) | 3/20/2020 | 1.10 | $434.50 | Attend scheduling conference with judge; review scheduling order from court. |
| Babb, Bryan H. (0841) | 3/20/2020 | 1.70 | $799.00 | Exchange emails about our upcoming calls today. Reach out to Jeff Garn and discuss the upcoming call. Send email to team discussing same. Prepare for and participate in our team call, informing the team of my discussion with Jeff Garn. Participate in status conference call with Judge Dinsmore. Exchange emails afterwards updating the client. Receive the minute entry and the orders issued by the District Court. Coordinate calendaring deadlines relative to same. |
| Intermill, Alex C. (0976) | 3/20/2020 | 1.30 | $539.50 | Participate in strategy call with Total Wine team before status conference with magistrate; call with magistrate regarding scheduling deadlines; follow up communications regarding same. |
| Dick, Bradley M. (1122) | 3/22/2020 | 0.10 | $39.50 | Review court orders for preliminary injunction schedule. |
| Babb, Bryan H. (0841) | 3/27/2020 | 0.30 | $141.00 | Exchange emails about our upcoming status conference call on Monday with Judge Dinsmore. Reach out again to Jeff Garn and discuss the upcoming call. Send email to team discussing same. |
| Dick, Bradley M. (1122) | 3/30/2020 | 0.30 | $118.50 | Attend status conference regarding discovery with magistrate judge. |
| Babb, Bryan H. (0841) | 3/30/2020 | 0.50 | $235.00 | Exchange emails about our upcoming status conference call today with Judge Dinsmore. Pre-pare for and participate in same. Exchange emails afterwards to update the client on the call. Prepare for exhibit filing on Wednesday. Receive minute entry and review same. |
| Intermill, Alex C. (0976) | 3/30/2020 | 0.20 | $83.00 | Communications regarding status conference, deadlines, and briefing strategy. |
| Babb, Bryan H. (0841) | 3/31/2020 | 0.30 | $141.00 | Attention to: drafting our witness list filing in advance of tomorrow's filing deadline. Review draft of same and revise. |
| Dick, Bradley M. (1122) | 4/1/2020 | 0.20 | $79.00 | Review correspondence on witness list and extension of time to answer complaint. |
| Intermill, Alex C. (0976) | 4/1/2020 | 0.20 | $83.00 | Attention to proposed extension of time to answer complaint and related issues; discuss same with B. Babb. |
| Gill, Sabrina L. (1375) | 4/1/2020 | 0.30 | $75.00 | Emails with B. Babb, J. Connolly and J. Linton regarding status of ECF Registrations. |
| Dick, Bradley M. (1122) | 4/3/2020 | 0.30 | $118.50 | Review proposed exhibits and exhibit list; review order regarding exhibit list. |
| Dick, Bradley M. (1122) | 4/6/2020 | 0.10 | $39.50 | Review court order on extension of time for filing. |
| Dick, Bradley M. (1122) | 4/8/2020 | 0.20 | $79.00 | Review draft case management plan. |
| Dick, Bradley M. (1122) | 4/9/2020 | 0.20 | $79.00 | Review case management plan. |
| Intermill, Alex C. (0976) | 4/9/2020 | 0.40 | $166.00 | Review of filings and updated case management plan; communications regarding same. |

| Name | Date | Hours | Amount | Description |
|---|---|---|---|---|
| Dick, Bradley M. (1122) | 4/10/2020 | 0.30 | $118.50 | Review state's response to preliminary injunction motion and State's answer. |
| Intermill, Alex C. (0976) | 4/10/2020 | 1.20 | $498.00 | Review of state's response to PI motion and answer to complaint; call with B. Babb regarding same. |
| Intermill, Alex C. (0976) | 4/11/2020 | 0.10 | $41.50 | Communications with team regarding timing for proceeding through state administrative and judicial review process. |
| Dick, Bradley M. (1122) | 4/13/2020 | 1.40 | $553.00 | Attend telephonic pre-trial conference; review reply in support of preliminary injunction. |
| Intermill, Alex C. (0976) | 4/13/2020 | 0.50 | $207.50 | Communications with litigation team regarding reply brief and case management deadlines and strategy. |
| Dick, Bradley M. (1122) | 4/14/2020 | 0.40 | $158.00 | Review final draft of reply and email correspondence with comments. |
| Intermill, Alex C. (0976) | 4/14/2020 | 1.40 | $581.00 | Review and provide suggested edits to the reply brief; communications with team regarding same, finalizing, and filing brief. |
| Dick, Bradley M. (1122) | 4/16/2020 | 0.40 | $158.00 | Review initial disclosures; respond to inquiry about potentially ▮▮▮ |
| Intermill, Alex C. (0976) | 4/16/2020 | 0.20 | $83.00 | Communications with litigation team regarding initial disclosures. |
| Dick, Bradley M. (1122) | 4/20/2020 | 0.20 | $79.00 | Review initial disclosure and correspondence related to it. |
| Intermill, Alex C. (0976) | 4/20/2020 | 0.30 | $124.50 | Attention to initial disclosures and communications regarding same; review of state's initial disclosures. |
| Dick, Bradley M. (1122) | 4/27/2020 | 0.90 | $355.50 | Draft witness and exhibit lists. |
| Intermill, Alex C. (0976) | 4/27/2020 | 0.20 | $83.00 | Review of draft witness and exhibit list and statement of special damages; attention to communications with litigation team regarding same. |
| Babb, Bryan H. (0841) | 5/4/2020 | 0.20 | $94.00 | Receive and review preliminary witness list filed by the ATC. Coordinate sending same to client and team. |
| Babb, Bryan H. (0841) | 5/11/2020 | 1.40 | $658.00 | Receive the District Court's order granting the preliminary injunction and review same. Conference with A. Intermill re: same. Exchange several emails with the team re: next steps. |
| Intermill, Alex C. (0976) | 5/11/2020 | 0.20 | $83.00 | Review of order granting preliminary injunction. |
| Babb, Bryan H. (0841) | 5/12/2020 | 0.40 | $188.00 | Reach out to Jeff Garn to discuss next steps after issuance of District Court's PI order. Talk with Jeff and report back to the team via email. |
| Babb, Bryan H. (0841) | 5/19/2020 | 1.10 | $517.00 | Receive the ATC's response to our settlement offer and review same. Receive and review email from Bill Murphy proposing several discussion issues. Coordinate phone call later that afternoon. Participate in team phone call. Reach out to J. Garn to discuss issues. Report back to the team via email. Follow up with an email to Garn confirming his extension notice. |
| Dick, Bradley M. (1122) | 5/19/2020 | 0.30 | $118.50 | Review State's settlement offer; review ▮▮▮ meeting with group regarding consent decree and potential appeal. |
| Babb, Bryan H. (0841) | 5/26/2020 | 0.40 | $188.00 | Receive the ATC's supplemental response to our settlement offer and review same. Exchange emails with the team. Reach out to Jeff Garn. |
| Intermill, Alex C. (0976) | 5/26/2020 | 0.10 | $41.50 | Review of State's supplemental response to settlement demand and communications regarding same. |
| Intermill, Alex C. (0976) | 5/27/2020 | 0.20 | $83.00 | Follow up communications regarding supplemental filing by AG and timing for permit process. |
| Dick, Bradley M. (1122) | 6/2/2020 | 0.10 | $39.50 | Review correspondence on settlement. |
| Dick, Bradley M. (1122) | 6/23/2020 | 5.60 | $2,212.00 | Draft motion for permanent injunction; research federal law to draft motion. |
| McNeil, Andrew M. (0821) | 6/23/2020 | 0.20 | $93.00 | Conference with B. Dick concerning strategy for ▮▮▮ |

| Timekeeper | Date | Hours | Amount | Description |
|---|---|---|---|---|
| Dick, Bradley M. (1122) | 6/24/2020 | 3.30 | $1,303.50 | Draft, edit, cite check, and file motion to consolidate preliminary injunction into permanent injunction. |
| Dick, Bradley M. (1122) | 6/25/2020 | 1.40 | $553.00 | Prepare entry of final judgment and permanent injunction; review recent examples of similar orders by Judge Pratt. |
| Dick, Bradley M. (1122) | 6/26/2020 | 0.70 | $276.50 | Draft and edit entry of final judgment to include ███████; research ████ |
| Dick, Bradley M. (1122) | 7/8/2020 | 1.30 | $513.50 | Attend status conference with Magistrate Judge; review state's response in opposition to the motion; draft reply in support of motion. |
| Intermill, Alex C. (0976) | 7/8/2020 | 1.20 | $498.00 | Communications with B. Babb and B. Murphy in preparation for status call with magistrate; participate in status call; follow up on same; review of State's response to motion for permanent injunction. |
| Dick, Bradley M. (1122) | 7/10/2020 | 1.40 | $553.00 | Draft consent to magistrate judge deciding case; review comments on reply in support of permanent injunction. |
| Dick, Bradley M. (1122) | 7/20/2020 | 0.20 | $79.00 | Review final judgment and injunction. |
| Intermill, Alex C. (0976) | 7/20/2020 | 0.50 | $207.50 | Receive and review courts order and final judgment; communications with litigation team regarding same. |
| Dick, Bradley M. (1122) | 7/21/2020 | 0.60 | $237.00 | Research whether ████████ |
| Dick, Bradley M. (1122) | 7/28/2020 | 0.4 | $158.00 | Prepare memorandum in support of fee petition. |
| Dick, Bradley M. (1122) | 7/29/2020 | 3 | $1,185.00 | Prepare motion for fees; research federal law and rules of procedure to draft motion. |
| Dick, Bradley M. (1122) | 7/30/2020 | 2 | $790.00 | Prepare motion for fees and accompanying affidavit. |
|  |  |  | $32,408.50 |  |

# EXHIBIT 7

## Disbursement Detail

**Applied filters:**   Client: Total Wine & More (029974), Matter: Total Wine & More (029974) Federal Residency Litigation (0002)

| Disbursement ID | Client/Matter | Transaction Date | Disb Code | Quantity 4 | Base Amount $700.00 | To Bill Amount $700.00 | Phase/Task |
|---|---|---|---|---|---|---|---|
| 3481638 | Total Wine & More (029974) Federal Residency Litigation (0002) | 3/6/2020 | Court Costs (026) | 1 | $400.00 | $400.00 | (EXP) |
| 3481637 | Total Wine & More (029974) Federal Residency Litigation (0002) | 3/12/2020 | Court Costs (026) | 1 | $100.00 | $100.00 | (EXP) |
| 3481635 | Total Wine & More (029974) Federal Residency Litigation (0002) | 3/17/2020 | Court Costs (026) | 1 | $100.00 | $100.00 | (EXP) |
| 3481639 | Total Wine & More (029974) Federal Residency Litigation (0002) | 3/17/2020 | Court Costs (026) | 1 | $100.00 | $100.00 | (EXP) |