IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA FINE WINE & SPIRITS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAVID COOK, Chairman, Indiana Alcohol and Tobacco Commission; JOHN KRAUSS, Vice Chairman, Indiana Alcohol and Tobacco Commission; DALE GRUBB, Commissioner, Indiana Alcohol and Tobacco Commission; and MARJORIE MAGINN, Commissioner, Indiana Alcohol and Tobacco Commission,<br><br>Defendants. | Case No. 1:20-cv-00741-TWP-MJD |

## DECLARATION OF WILLIAM J. MURPHY IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

I, William J. Murphy, am of sufficient age and competent to testify from my personal knowledge as to the following facts:

1. I have represented the Plaintiff Indiana Fine Wine & Spirits, LLC ("IFWS"), in the above captioned matter and have been admitted *pro hac vice* as counsel of record in this case. I am filing this Declaration in support of IFWS's motion for an award of attorney's fees and costs pursuant to 42 U.S.C. § 1988.

2. I am a member of the Bars of the District of Columbia and Maryland, and a member of the Bar of the Supreme Court of the United States, the United States Court of Appeals for the Sixth Circuit, and the bars of several other federal courts of appeals and district courts. I am a partner in the law firm, Zuckerman Spaeder, LLP, with my office located in Baltimore,

Maryland.  I am attaching hereto as Exhibit 1 my biographical information as contained on the Zuckerman Spaeder website.  That information is accurate.

3. Following my graduation from the University of Pennsylvania Law School in 1978, I served as a law clerk to the late Collins J. Seitz, then the Chief Judge of the United States Court of Appeals for the Third Circuit. During the Supreme Court's 1979 Term, I was privileged to serve as a law clerk to Associate Justice Harry A. Blackmun.  Following my clerkship with Justice Blackmun I entered the private practice of law.  During the 40 years of my active practice I have often been involved in constitutional litigation, including several matters arising under the federal civil rights statute, 42 U.S.C. § 1983.

4. During the course of my law practice I have frequently been involved in matters that included claims by a prevailing party for an award of attorney's fees, including matters in which I represented a party seeking or defending against a claim for fees, as well as several matters in which I was retained as an expert witness for a party, or its litigation counsel, that was seeking or defending against a claim for fees.

5. The Plaintiff in this matter, IFWS, is affiliated with a group of privately-owned businesses that operate in 25 states under the trade name Total Wine & More.  I have represented Total Wine-affiliated companies in a variety of litigation matters over the course of more than 25 years. That litigation has included several constitutional challenges to state and local statutes and regulations that had negative impacts on the business of Total Wine.

6. In 2016, a Total Wine affiliate in Tennessee sought to obtain a license to operate a retail liquor store in that state.  At the time, a Tennessee statute precluded nonresidents of the state from obtaining such a license and required business entities to be wholly-owned by Tennessee residents in order to obtain a license.

7342632.1

IFWS's license proceedings before the ATC. Mr. Connolly also has represented Total Wine and its affiliates in several matters over the last 20 years, including in the Tennessee litigation described above. Mr. Connolly's biographical information from the Zuckerman Spaeder website is attached to this Declaration as Exhibit 2.

9. Total Wine retained Zuckerman Spaeder on behalf of IFWS on an hourly basis. The firm charged IFWS for our professional services at our standard hourly rates for matters originated in the Baltimore office of the firm -- $725 per hour for my time, and $625 per hour for Mr. Connolly's services. In my experience, these hourly rates are fair and reasonable for attorneys with comparable experience – particularly for matters involving federal court constitutional litigation. Moreover, these are the rates that our client, a sophisticated business entity, agreed to pay for our professional services, and except for the most recent invoices, they all have been paid.

10. I am attaching to this Declaration as Exhibits 3 to 8 copies of the Zuckerman Spaeder invoices for this matter dated between March 12, 2020 and July 30, 2020. For purposes of this fee petition, IFWS is not seeking recovery of the attorney's fees that were related to the letter that we prepared attempting to convince the Indiana Attorney General to accede to the views expressed by a prior Attorney General who had concluded that the Indiana statutory residency requirements for retail liquor licenses were unconstitutional. Those services were performed between February 17 and February 20, 2020 and involved 12.4 hours of Mr. Connolly's time and 3.1 hours of my time.

11. Beginning on February 24, 2020, the professional services we provided to IFWS involved legal research and drafting the Complaint filed in this matter, along with research related to the filing of a motion for a preliminary injunction and preparation of the supporting

7342632.1

papers. We also provided services in connection with reviewing and responding to the ATC's opposition brief to the preliminary injunction motion, and we participated in several conferences with Magistrate Judge Dinsmore and reviewed drafts of the case management order and the initial disclosures. Our most recent invoice includes charges for services related to the preparation of this Declaration and the Motion for an Award of Attorney's Fees.

12. After deducting the time entries described above related to the letter that IFWS sent to the Attorney General, the attached Zuckerman Spaeder invoices reflect total billings of $73,691.10. This includes 72.4 hours of Mr. Connolly's time, 35.9 hours of my time, 5.8 hours of paralegal time (billed at $295 per hour), and 0.1 hours for a research librarian (billed at $210 per hour). We also billed IFWS for out of pocket expenses totaling $681.60, principally for electronic research services.

13. The professional services that Zuckerman Spaeder provided to IFWS were reasonable and necessary to achieve the relief that we obtained for our client, resulting in this Court's entry of a preliminary injunction and later a permanent injunction in which the Court determined that the Indiana residency statute was invalid under the Dormant Commerce Clause, was not saved by the Twenty-first Amendment, and that IFWS had met the legal standards required for the entry of declaratory and preliminary and permanent injunctive relief.

14. Throughout the course of this matter IFWS also was represented by several attorneys from Bose, McKinney & Evans, LLP, who were familiar both with IFWS's application for a retail liquor license before the ATC, and with the local practices of this Court. The Bose, McKinney attorneys were heavily involved in researching, drafting and revising several of the court filings and other papers that IFWS filed, as well as in settlement discussions with the Office of the Attorney General, which represented the ATC and its members who were sued in

7342632.1

their official capacities. I understand that the Bose, McKinney firm billed IFWS approximately $33,000 for fees and expenses related to this litigation, and it is my opinion that that is a fair and reasonable fee for the services provided by the Bose, McKinney attorneys.

15. In summary, IFWS is seeking a total of approximately $110,000 in attorney's fees and costs related to this litigation. It is my belief that the services provided by Zuckerman Spaeder and by Bose, McKinney were all reasonably necessary to obtain the relief granted to IFWS by the Court, and that the services were charged at fair and reasonable rates that IFWS agreed to pay and has paid.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on July 30, 2020.

William J. Murphy

7342632.1

# William J. Murphy

Partner



William J. Murphy is held in high esteem by his clients, some of whom have described him as a "brilliant tactician" with a clear command of financial matters, while others have remarked on his "calmness that exudes confidence and works exceptionally well in the courtroom." Another client recently told *Chambers USA* that Bill's "ability to navigate the courtroom was well worth the price of admission."

An experienced trial lawyer, Bill has tried civil and criminal cases to verdict in state and federal courts, represented clients in commercial arbitration, and argued numerous appeals in courts around the country.

Bill recently was part of the Zuckerman trial team that successfully defended Gregory Craig in a high profile federal false statements case. After a three-week trial, the jury deliberated for only three hours before returning its not guilty verdict. Throughout a long career at the bar, Bill has represented witnesses and targets of grand jury investigations, defended clients investigated by the SEC and other federal enforcement agencies, and represented individuals in congressional investigations.

Bill was inducted as a fellow of the American College of Trial Lawyers in 2002. He previously served as Chair of that organization's Maryland State Committee and in 2018 Bill completed a four-year term on the College's governing Board of Regents, where he represented Maryland and the District of Columbia.

Bill has been entrusted by many local, regional, and national law firms with the defense of professional malpractice and breach of fiduciary duty claims filed against those firms. He also has been qualified as an expert witness in cases involving the standard of care and the ethical obligations of lawyers and has testified in several courts on the reasonableness of attorney's fee awards.

## Professional leadership

- Lecturer, Federal Criminal Law, Tuck School of Business, Dartmouth College, 2004-2010
- Instructor, Legal Writing, University of Baltimore School of Law, 1985-1986
- Fellow, American College of Trial Lawyers
- Past Chair, Maryland State Committee, American College of Trial Lawyers

**Baltimore**
+1 410.949.1146
410.659.0436 - Fax
wmurphy@zuckerman.com

**Practice focus**

- Antitrust
- Business Litigation
- Congressional investigations
- White Collar Defense
- Employment Law and Litigation
- Investigations
- Legal Profession and Ethics
- Securities and Commodities Litigation

**Education**

- University of Pennsylvania Law School, J.D., *magna cum laude*, 1978
  - Order of the Coif
  - Articles Editor, *The University of Pennsylvania Law Review*

- St. Joseph's University, *summa cum laude*, 1975



- Regent, Board of Regents, American College of Trial Lawyers
- Member, White Collar Crime Committee, American Bar Association Criminal Justice Section
- Past Chair, Professional Ethics and Member, Judicial Selection Committees, Baltimore City Bar Association
- Participant in many CLE panels on issues of trial practice and professional ethics

**Community involvement**

- Honorary Co-Chair, Annual Lawyers' Campaign for College Bound Foundation, 2012 and current Executive Committee Member

**Recognitions**

- 2020 Lawyer of the Year, Bet-the-Company Litigation, The Best Lawyer in America
- 2019 Criminal Defense Trial Lawyer of the Year, National Trial Lawyers
- 2019 Lawyer of the Year, Appellate, The Best Lawyers in America
- 2017 Lawyer of the Year, Legal Malpractice Law, The Best Lawyers in America
- 2016 Lawyer of the Year, Appellate, The Best Lawyers in America
- 2012 Lawyer of the Year, Bet-the-Company Litigation, The Best Lawyers in America
- 2012 Leadership in Law Award, The Daily Record
- 2011 Daniel M. Gribbon Pro Bono Advocacy Award (awarded by the U.S. District Court for the District of Columbia)
- Chambers USA: America's Leading Lawyers for Business, Litigation: General Commercial (Maryland)
- AV® Peer Review Rated, Martindale-Hubbell
- Benchmark Litigation, Local Litigation Star (Maryland)
- The Best Lawyers in America, Appellate Practice, Bet-the-Company Litigation, Commercial Litigation, White-Collar Criminal Defense, Ethics and Professional Responsibility Law, Legal Malpractice Law - Defendants
- Super Lawyers (Maryland)
- Legal 500 US, White-Collar Criminal Defense

**Bar admissions**

- Maryland
- District of Columbia

**Court admissions**

- U.S. Supreme Court
- U.S. Court of Appeals, District of Columbia Circuit
- U.S. Court of Appeals, Second Circuit



- U.S. Court of Appeals, Third Circuit
- U.S. Court of Appeals, Fourth Circuit
- U.S. Court of Appeals, Sixth Circuit
- U.S. District Court, District of Columbia
- U.S. District Court, District of Maryland

**Clerkships**

- Hon. Harry A. Blackmun, U.S. Supreme Court
- Hon. Collins J. Seitz, United States Court of Appeals, Third Circuit

**Representative matters**

- One of the leaders of the Zuckerman trial team that successfully defended former White House Counsel Gregory Craig in a lengthy investigation and trial of charges based on allegations of false statements arising from a Foreign Agents Registration Act inquiry. The jury returned a not guilty verdict in September 2019.
- Long time outside counsel for the country's largest privately held retailer of alcoholic beverages. Bill successfully argued that a state's discriminatory retail licensing requirements violated the Dormant Commerce Clause in a decision entered by the United States Court of Appeals for the Sixth Circuit. With Bill participating in the briefing, that decision was affirmed by the Supreme Court in June 2019.
- Represented a Lebanese national in federal criminal proceedings arising under the International Emergency Economic Powers Act and related federal OFAC sanctions.
- Represented a former employee of Dewey LeBoeuf, the international law firm that failed in 2012, in connection with criminal charges filed against Zuckerman's young client for participating in an alleged scheme to defraud the law firm's lenders. Following extensive pre-trial proceedings, the client entered into a deferred prosecution agreement that eventually led to all charges against him being dismissed with prejudice by the New York County District Attorney's Office.
- Serves as lead counsel in the defense of lawyers at several regional and national law firms in separate actions filed by former clients of those firms, alleging claims of professional malpractice and breach of fiduciary duty. Over the course of his career, Bill often has been selected by prominent law firms and their insurers to handle sensitive litigation and other professional matters on behalf of those firms or individual attorneys. He recently settled a complex claim of professional malpractice for a law firm that had been alleged by a bankruptcy trustee to have contributed to the failure of the firm's former client.
- Represented a regional law firm in a matter involving claims of malpractice resulting from the firm's alleged



failure to maintain its client's foreign registration rights on a valuable manufacturing patent. The matter was settled on favorable terms without the need for litigation.

- Settled claims against a national law firm involving allegations of professional malpractice based on an alleged failure to perfect a timely appeal from an award of attorney's fees entered as a separate judgment in employment litigation.
- Settled claims against another large national firm named as a party in protracted litigation involving claims totaling tens of millions in alleged damages, arising from the law firm's representation of a target company in a private equity transaction.
- Obtained a favorable settlement and dismissal on behalf of a prominent group of outside directors in claims initiated by the litigation trustee appointed by the bankruptcy court for a national developer of senior living facilities.
- Represented the principal shareholders of a closely held government contractor in litigation initiated by a minority shareholder seeking dissolution of the corporation and related equitable relief. Following the successful defense of the case tried to a Maryland Circuit Court, we have continued as lead counsel in post-trial and appellate proceedings, two appeals, and proceedings on remand.
- Represented several individuals detained by the U.S. military at Guantanamo Bay and at Bagram Air Force Base. In December 2009, a Yemeni physician was repatriated to his home country following eight years of incarceration at Guantanamo, as a direct result of habeas proceedings and related litigation efforts pursued by Bill and other Zuckerman Spaeder attorneys.
- Settled a sharply contested litigation matter in which we represented corporate and individual investors in a dispute over the production and ownership of a long-form television documentary series for broadcast on public television.
- Represented the country's largest privately held retailer of wine and spirits in many regulatory and litigation matters including a successful federal antitrust challenge to Maryland wholesale price regulations in a case that involved four separate appeals to the U.S. Court of Appeals for the Fourth Circuit, a challenge to pricing regulations in Connecticut still pending in the Court of Appeals for the Second Circuit, and state and federal regulatory matters arising in Maryland and numerous other states where the company has expanded its business.
- Represented several outside attorneys for Enron in U.S. Department of Justice Task Force proceedings, congressional hearings, regulatory matters, and private securities litigation that followed Enron's collapse.
- Represented several attorneys in President Clinton's



Office of White House Counsel in congressional and independent counsel investigations arising from campaign finance matters, the Whitewater investigation, the Travel Office investigation, the Monica Lewinsky case, and the pardons issued by the president at the end of his second term.

# John J. Connolly

Partner



John J. Connolly represents individuals and business entities in civil litigation and appellate matters.

He focuses in particular on representing lawyers and law firms in legal malpractice claims, disciplinary proceedings, and ethical disputes.

John has represented individuals and businesses in business torts, insurance coverage disputes, securities and consumer class actions, employment disputes, and a variety of common law contract and tort actions in federal and state courts.

John has also represented individuals detained by the U.S. military at Guantanamo Bay, Cuba and Bagram Air Force Base in Afghanistan, and he has spoken on issues pertaining to the detainees of Guantanamo Bay. He is the editor of two books on the Maryland Constitution and the author of numerous articles focusing on legal and judicial ethics and Maryland statutory and common law.

An experienced appellate litigator, John is recognized in that area by *The Best Lawyers in America*. He was first listed in the Maryland edition of *Super Lawyers* in 2007. In 2015, he was elected as a member of the American Law Institute, and he is a Fellow of the American Bar Foundation.

## Professional leadership

- Board of Directors, Baltimore Bar Library

## Recognitions

- 2015 Member, American Law Institute
- 2015 Fellow, American Bar Foundation
- 2011 Daniel M. Gribbon Pro Bono Advocacy Award
- 2011 Legal Excellence Award, Maryland Bar Foundation
- AV® Peer Review Rated, Martindale-Hubbell
- The Best Lawyers in America, Appellate Practice, Commercial Litigation
- Super Lawyers (Maryland)

## Bar admissions

- Maryland
- District of Columbia

## Court admissions

**Baltimore**
+1 410.949.1149
410.659.0436 - Fax
jconnolly@zuckerman.com

**Practice focus**

- Business Litigation
- Insurance
- Legal Profession and Ethics
- Securities and Commodities Litigation

**Education**

- University of Maryland School of Law, J.D., with honors, 1991
  - Order of the Coif
  - Articles Editor, *The Maryland Law Review*
  - J.L. Thomas Prize
  - Cunningham Award

- University of Virginia, B.A., with high distinction, 1981



EXHIBIT

2

- U.S. Supreme Court
- U.S. Court of Appeals, Second Circuit
- U.S. Court of Appeals, Fourth Circuit
- U.S. Court of Appeals, District of Columbia Circuit
- U.S. District Court, District of Maryland
- U.S. District Court, District of Columbia

**Clerkships**

- Hon. Lawrence F. Rodowsky, Court of Appeals of Maryland

**Representative matters**

- Represented a number of lawyers in proceedings before state and federal disciplinary agencies, including the U.S. Patent and Trademark Office, in matters that have never become public.
- Represented a number of regional law firms in malpractice actions and counseled law firms on ethical obligations in pending litigation matters.
- Represented owners of closely held corporation in disputes with co-owner.
- Represented lawyers in business disputes with their firms.
- Counseled law firms who have received civil and criminal subpoenas for client information.
- Counseled law firms facing motions to disqualify.
- Counseled lawyers and law firms on a range of ethical issues.
- Represented major shareholder in investment fund in disputes with fund management.
- Represented executive in trade secrets litigation.
- Represented a securities trader in market-timing litigation.
- Represented the owners of a private corporation in a fraud and waste action
- Represented, since 2005, individuals detained by the U.S. military at Guantanamo Bay and at Bagram Air Force Base.
- Represented business owner in an action on personal guaranty of equipment lease.



**ZUCKERMAN SPAEDER LLP**
100 E. PRATT STREET SUITE 2440
BALTIMORE, MD 21202-1031
410.332.0444  410.659.0436 fax    www.zuckerman.com

Robert T. Shaffer, Senior Vice President & General Counsel
Retail Services & Systems, Inc. / d/b/a - Total Wine & More
6600 Rockledge Drive
Suite 150
Bethesda, MD 20817

| | |
|---|---|
| Invoice Date: | March 12, 2020 |
| Invoice Number: | 400705 |
| Matter Number: | 13298-0021 |
| EIN: | 52-1112233 |

*For Professional Services through* **February 29, 2020**

**Client:**   Total Wine
**Matter:**   Indiana Fine Wine and Spirits, LLC

| | | |
|---|---|---|
| Total Fees | $ | 20,335.00 |
| Total Expenses | $ | 86.64 |
| Total Due This Invoice | $ | 20,421.64 |
| **Amount Due** | **$** | **20,421.64** |

Please email BillingDepartment@zuckerman.com for questions regarding the above invoice(s).

**Remittance via US Mail:**
Zuckerman Spaeder LLP
1800 M Street N.W., Suite 1000
Washington,  DC  20036
EIN: 52-1112263
202-778-1800

**Remittance via ACH Transfer:**
BB&T
1909 K Street, N.W.
Washington, DC 20036
Contact: Grace Wiley
ABA: 054001547
Account: 5163266158
Swift# (Intl Only): BRBTUS33
Account Name: Zuckerman Spaeder LLP
*Please include invoice number in description*
*Fax number for remittance advice: 202-822-8106*

**EXHIBIT**
**3**
tabbies®

Total Wine

| | |
|---|---|
| Invoice Date: | March 12, 2020 |
| Invoice Number: | 400705 |
| Matter Number: | 13298-0021 |

## TIMEKEEPER SUMMARY

| Name | Rate | Hours | | Amount |
|---|---|---|---|---|
| John J. Connolly | 625.00 | 24.30 | $ | 15,187.50 |
| William J. Murphy | 725.00 | 7.10 | $ | 5,147.50 |
| | **Total** | **31.40** | **$** | **20,335.00** |

## DESCRIPTION OF SERVICE RENDERED

John J. Connolly

| | | |
|---|---|---|
| 02/17/20 | 2.50 | Review papers in Indiana matter and related case law; teleconference Mr. Shaffer, Mr. Murphy, and Indiana counsel; research for letter to Indiana Attorney General. |
| 02/18/20 | 5.70 | Research and draft letter to Indiana Attorney General. |
| 02/19/20 | 1.80 | Conference Mr. Murphy and revisions to letter to Indiana Attorney General. |
| 02/20/20 | 2.40 | Revisions to letter to Indiana attorney general. |
| 02/24/20 | 0.50 | E-mail correspondence regarding potential commerce clause claim. |
| 02/25/20 | 3.20 | Teleconference with client and Indiana counsel and research and draft memorandum on exhaustion requirement. |
| 02/26/20 | 1.70 | Revisions to memorandum on exhaustion and ripeness and conferences with Mr. Murphy and related e-mail correspondence. |
| 02/27/20 | 2.70 | Research and draft Complaint. |
| 02/28/20 | 3.50 | Research and draft complaint. |
| 02/29/20 | 0.30 | Revisions to draft complaint and related e-mail correspondence. |

William J. Murphy

| | | |
|---|---|---|
| 02/17/20 | 1.10 | Review correspondence with Messrs. Connolly and Shaffer; conference call with Indiana counsel; review Tennessee opinion; correspondence to Mr. Connolly. |
| 02/19/20 | 1.10 | Review and revise draft letter to AG; correspondence with Messrs. Shaffer, Connolly and Indiana counsel; review Indiana opinions and statute. |
| 02/20/20 | 0.90 | Review revisions to AG letter and correspondence to Mr. Shaffer and team. |
| 02/24/20 | 0.20 | Review correspondence regarding AG opinion. |
| 02/25/20 | 1.10 | Conference call with Messrs. Shaffer, Connolly and Indiana counsel; review correspondence. |
| 02/26/20 | 1.30 | Conference call and correspondence with client and Indiana counsel; conference with John Connolly regarding complaint. |
| 02/27/20 | 0.20 | Correspondence with Indiana counsel. |
| 02/28/20 | 0.60 | Review and revise draft complaint; confer with Mr. Connolly and correspondence with Mr. Shaffer. |
| 02/29/20 | 0.60 | Review draft and correspondence from Mr. Shaffer; correspondence with Messrs. Shaffer and Connolly. |

Total Wine

Invoice Date:       March 12, 2020
Invoice Number:            400705
Matter Number:        13298-0021

**EXPENSES**

| Description | Amount |
|---|---|
| Westlaw Research | 86.64 |
| **Total** | **$86.64** |



# ZUCKERMAN SPAEDER

ZUCKERMAN SPAEDER LLP
100 E. PRATT STREET SUITE 2440
BALTIMORE, MD 21202-1031
410.332.0444  410.659.0436 fax    www.zuckerman.com

Robert T. Shaffer, Senior Vice President & General Counsel
Retail Services & Systems, Inc. / d/b/a - Total Wine & More
6600 Rockledge Drive
Suite 150
Bethesda, MD 20817

| | |
|---|---|
| Invoice Date: | April 8, 2020 |
| Invoice Number: | 400904 |
| Matter Number: | 13298-0021 |
| EIN: | 52-1112233 |

*For Professional Services through* **March 31, 2020**

**Client:**  Total Wine
**Matter:**  Indiana Fine Wine and Spirits, LLC

| | | |
|---|---|---:|
| Total Fees | $ | 28,910.50 |
| Total Expenses | $ | 1.10 |
| Total Due This Invoice | $ | 28,911.60 |
| Previous Balance Due | $ | 20,421.64 |
| **Amount Due** | **$** | **49,333.24** |

## PRIOR OPEN INVOICES

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 03/12/2020 | 400705 | $    20,421.64 | $    0.00 | $    20,421.64 |
| | | $    20,421.64 | $    0.00 | $    20,421.64 |
| | **Prior Open Invoices Balances Due** | | | **$    20,421.64** |

EXHIBIT 4

Total Wine

| | |
|---|---|
| Invoice Date: | April 8, 2020 |
| Invoice Number: | 400904 |
| Matter Number: | 13298-0021 |

Please email BillingDepartment@zuckerman.com for questions regarding the above invoice(s).

**Remittance via US Mail:**

Zuckerman Spaeder LLP
PO BOX 45799
Baltimore, MD  21297-5799
EIN: 52-1112263
202-778-1800

**Remittance for Overnight Payments ONLY**

BB&T now Truist
Attn:  Lockbox # - 45799
16410 Heritage Blvd -- 2nd Floor
Bowie, MD  20716-3172

**Remittance via ACH Transfer:**

BB&T
1909 K Street, N.W.
Washington, DC 20036
Contact: Grace Wiley
ABA: 054001547
Account: 5163266158
Swift# (Intl Only): BRBTUS33
Account Name: Zuckerman Spaeder LLP
*Please include invoice number in description*
*Fax number for remittance advice: 202-822-8106*

Total Wine

| | |
|---|---|
| Invoice Date: | April 8, 2020 |
| Invoice Number: | 400904 |
| Matter Number: | 13298-0021 |

## TIMEKEEPER SUMMARY

| Name | Rate | Hours | | Amount |
|---|---|---|---|---|
| John J. Connolly | 625.00 | 33.50 | $ | 20,937.50 |
| William J. Murphy | 725.00 | 9.30 | $ | 6,742.50 |
| Christine L. Vandergriff | 295.00 | 4.10 | $ | 1,209.50 |
| Kimberley Wilson | 210.00 | 0.10 | $ | 21.00 |
| | **Total** | **47.00** | **$** | **28,910.50** |

## DESCRIPTION OF SERVICE RENDERED

John J. Connolly

| | | |
|---|---|---|
| 03/02/20 | 2.70 | Research preliminary injunction standards in Indiana and conference Mr. Murphy regarding same. |
| 03/03/20 | 1.60 | Research and draft Complaint and standards for preliminary injunction; telephone Mr. Shaffer. |
| 03/04/20 | 0.60 | Revisions to complaint and e-mail correspondence. |
| 03/05/20 | 1.00 | E-mail correspondence regarding draft complaint and review draft. |
| 03/06/20 | 1.20 | Revisions to complaint; e-mail correspondence about revisions; telephone Mr. Murphy; review additional revisions to complaint |
| 03/10/20 | 4.00 | Research and draft motion for preliminary injunction and related e-mail and conference calls. |
| 03/11/20 | 6.60 | Research and draft motion for preliminary injunction; teleconference with client re motion and exhibits. |
| 03/12/20 | 5.70 | Draft motion for preliminary injunction and supporting documents. |
| 03/13/20 | 3.50 | Research and draft preliminary injunction papers. |
| 03/14/20 | 0.30 | Revisions to preliminary injunction papers. |
| 03/14/20 | 0.50 | Review changes from Indiana counsel and revisions to brief and related e-mail. |
| 03/15/20 | 1.30 | Revisions to preliminary injunction papers. |
| 03/16/20 | 2.80 | Proof and revise preliminary injunction papers; review and revise pro hac papers; e-mail correspondence with local counsel. |
| 03/17/20 | 0.30 | Review scheduling orders and related e-mail correspondence. |
| 03/19/20 | 0.20 | E-mail correspondence with Indiana counsel. |
| 03/20/20 | 0.90 | Review proposed scheduling order and related e-mail; teleconference with client and defense counsel; teleconference with court. |
| 03/23/20 | 0.30 | Review e-mail correspondence and scheduling orders and telephone Mr. Murphy re discovery and scheduling issues. |

William J. Murphy

| | | |
|---|---|---|
| 03/02/20 | 0.80 | Telephone conference with Mr. Shaffer; confer with Mr. Connolly regarding complaint and preliminary injunction motion. |
| 03/03/20 | 0.40 | Review complaint; confer with Messrs. Connolly and Shaffer regarding Plaintiffs' |

| Total Wine | | | Invoice Date: | April 8, 2020 |
|---|---|---|---|---|
| | | | Invoice Number: | 400904 |
| | | | Matter Number: | 13298-0021 |

**William J. Murphy**

| | | Motion. |
|---|---|---|
| 03/04/20 | 0.20 | Review correspondence regarding ruling and draft complaint. |
| 03/05/20 | 0.70 | Review revisions to complaint; correspondence with client, Mr. Connolly and Indiana counsel. |
| 03/06/20 | 0.40 | Review revised complaint and correspondence with Messrs. Connolly and Shaffer and Indiana counsel. |
| 03/10/20 | 0.80 | Conference call with Messrs. Shaffer, Connolly and Indiana counsel regarding preliminary injunction strategy. |
| 03/12/20 | 0.80 | Review and revise Armstrong affidavit. |
| 03/13/20 | 1.80 | Review and revise preliminary injunction motion and memo. |
| 03/14/20 | 0.30 | Review revised motion papers and correspondence with team. |
| 03/15/20 | 0.20 | Review revised memo. |
| 03/16/20 | 0.50 | Review and revise final papers and correspondence with team. |
| 03/17/20 | 0.30 | Review correspondence and court orders; correspondence with team. |
| 03/18/20 | 0.20 | Review court order and correspondence with team. |
| 03/20/20 | 1.20 | Conference call with team; scheduling call with Magistrate; correspondence with team. |
| 03/23/20 | 0.20 | Review court order and confer with Mr. Connolly regarding schedule. |
| 03/30/20 | 0.50 | Correspondence with client and Indiana team; conference call with Magistrate. |

**Christine L. Vandergriff**

| 03/05/20 | 1.10 | Proofread, cite-check, and edit complaint and communications regarding same. |
|---|---|---|
| 03/16/20 | 3.00 | Proofread, cite-check, and edit plaintiffs motion for preliminary injunction filing. |

**Kimberley Wilson**

| 03/16/20 | 0.10 | Retrieve Does v. City of Indianapolis, and Berry v. Aramark Corr. Servs. for Ms. Vandergriff. |
|---|---|---|

**EXPENSES**

| **Description** | **Amount** |
|---|---|
| Pacer Research | 1.10 |
| **Total** | **$1.10** |



ZUCKERMAN
S P A E D E R

ZUCKERMAN SPAEDER LLP
100 E. PRATT STREET SUITE 2440
BALTIMORE, MD 21202-1031
410.332.0444   410.659.0436 fax   www.zuckerman.com

Robert T. Shaffer, Senior Vice President & General Counsel
Retail Services & Systems, Inc. / d/b/a - Total Wine & More
6600 Rockledge Drive
Suite 150
Bethesda, MD 20817

| | |
|---|---|
| Invoice Date: | May 8, 2020 |
| Invoice Number: | 401195 |
| Matter Number: | 13298-0021 |
| EIN: | 52-1112233 |

*For Professional Services through **April 30, 2020***

**Client:** Total Wine
**Matter:** Indiana Fine Wine and Spirits, LLC

| | | |
|---|---|---|
| Total Fees | $ | 22,611.50 |
| Total Expenses | $ | 324.12 |
| Total Due This Invoice | $ | 22,935.62 |
| Previous Balance Due | $ | 49,333.24 |
| **Amount Due** | **$** | **72,268.86** |

**PRIOR OPEN INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | | Payments | | Balance Due |
|---|---|---|---|---|---|---|
| 03/12/2020 | 400705 | $ | 20,421.64 | $ | 0.00 | $ 20,421.64 |
| 04/08/2020 | 400904 | $ | 28,911.60 | $ | 0.00 | $ 28,911.60 |
| | | $ | 49,333.24 | $ | 0.00 | $ 49,333.24 |

| | |
|---|---|
| **Prior Open Invoices Balances Due** | **$ 49,333.24** |



EXHIBIT
5

Total Wine

| | |
|---|---|
| Invoice Date: | May 8, 2020 |
| Invoice Number: | 401195 |
| Matter Number: | 13298-0021 |

Please email BillingDepartment@zuckerman.com for questions regarding the above invoice(s).

**Remittance via US Mail:**

Zuckerman Spaeder LLP
PO BOX 45799
Baltimore, MD  21297-5799
EIN: 52-1112263
202-778-1800

**Remittance for Overnight Payments ONLY**

BB&T now Truist
Attn:  Lockbox # - 45799
16410 Heritage Blvd – 2nd Floor
Bowie, MD  20716-3172

**Remittance via ACH Transfer:**

BB&T
1909 K Street, N.W.
Washington, DC 20036
Contact: Grace Wiley
ABA: 054001547
Account: 5163266158
Swift# (Intl Only): BRBTUS33
Account Name: Zuckerman Spaeder LLP
*Please include invoice number in description*
*Fax number for remittance advice: 202-822-8106*

Total Wine

| | |
|---|---|
| Invoice Date: | May 8, 2020 |
| Invoice Number: | 401195 |
| Matter Number: | 13298-0021 |

## TIMEKEEPER SUMMARY

| Name | Rate | Hours | | Amount |
|---|---|---|---|---|
| John J. Connolly | 625.00 | 22.50 | $ | 14,062.50 |
| William J. Murphy | 725.00 | 11.10 | $ | 8,047.50 |
| Christine L. Vandergriff | 295.00 | 1.70 | $ | 501.50 |
| | **Total** | **35.30** | **$** | **22,611.50** |

## DESCRIPTION OF SERVICE RENDERED

John J. Connolly

| | | |
|---|---|---|
| 04/01/20 | 1.00 | File registration papers with court; review witness list; telephone Mr. Murphy regarding witness list; e-mail correspondence regarding schedule. |
| 04/03/20 | 0.40 | Telephone Mr. Murphy regarding exhibit list and prepare draft of exhibit list. |
| 04/06/20 | 0.30 | Review defendants' exhibit list; review plaintiff's exhibit list; email correspondence regarding exhibit lists. |
| 04/08/20 | 0.40 | Review proposed Case Management Plan and related e-mail correspondence. |
| 04/09/20 | 0.50 | Review state evidentiary filing and related email correspondence; telephone Mr. Murphy. |
| 04/10/20 | 2.80 | Review Answer to Complaint; telephone Mr. Murphy; review opposition to preliminary injunction motion and follow-up call with Mr. Murphy; research and draft reply memorandum. |
| 04/11/20 | 6.80 | Research and draft reply in support of motion for preliminary injunction. |
| 04/12/20 | 1.40 | Revisions to reply memorandum in support of motion for preliminary injunction. |
| 04/13/20 | 3.00 | Continued work on reply memorandum in support of motion for preliminary injunction; review e-mail correspondence regarding case schedule; telephone Mr. Murphy regarding reply and scheduling issues. |
| 04/14/20 | 2.20 | Revisions to reply in support of motion for preliminary injunction and related e-mail correspondence; telephone Mr. Murphy regarding reply memo and initial disclosures. |
| 04/15/20 | 1.70 | Telephone Mr. Murphy; prepare initial disclosures. |
| 04/16/20 | 0.50 | Revisions to initial disclosures and related e-mail correspondence. |
| 04/20/20 | 0.40 | Changes to initial disclosures and related e-mail correspondence. |
| 04/21/20 | 0.40 | Review new Sixth Circuit decision. |
| 04/27/20 | 0.70 | Work on preliminary filings including settlement demand and exhibits. |

William J. Murphy

| | | |
|---|---|---|
| 04/01/20 | 0.50 | Correspondence with team regarding witness list and requested extension; telephone confer with Mr. Connolly. |
| 04/03/20 | 0.20 | Correspondence with team regarding document production. |
| 04/06/20 | 0.20 | Correspondence with team and review exhibit lists. |
| 04/08/20 | 0.40 | Review and revise case management plan; correspondence with Mr. Connolly. |
| 04/09/20 | 0.50 | Review filings; correspondence with Indiana counsel. |

Total Wine

| | |
|---|---|
| Invoice Date: | May 8, 2020 |
| Invoice Number: | 401195 |
| Matter Number: | 13298-0021 |

William J. Murphy

| | | |
|---|---|---|
| 04/10/20 | 1.30 | Review filings with court; review State's answer; review opposition brief; research and telephone with Mr. Connolly. |
| 04/12/20 | 1.70 | Review and revise reply brief in support of summary judgment; correspondence with Mr. Connolly. |
| 04/13/20 | 2.50 | Conference call with Magistrate; correspondence and telephone call with Mr. Shaffer regarding reply brief and initial disclosures; review and revise reply brief and confer with Mr. Connolly; analyze initial disclosures. |
| 04/14/20 | 1.70 | Finalize reply brief and correspondence with team regarding revisions. |
| 04/16/20 | 0.40 | Correspondence regarding initial disclosures and motion status. |
| 04/20/20 | 0.60 | Finalize initial disclosures and correspondence with team. |
| 04/21/20 | 0.60 | Review Sixth Circuit decision. |
| 04/27/20 | 0.50 | Review and revise exhibit and witness list; revise settlement demand; correspondence with team. |

Christine L. Vandergriff

| | | |
|---|---|---|
| 04/13/20 | 1.70 | Proofread, cite-check, and edits to plaintiffs reply memorandum in support of motion for preliminary injunction and communications regarding same. |

**EXPENSES**

| **Description** | **Amount** |
|---|---|
| Pacer Research | 6.00 |
| Telephone Reimbursed | 9.13 |
| Westlaw Research | 308.99 |
| **Total** | **$324.12** |



ZUCKERMAN
SPAEDER

ZUCKERMAN SPAEDER LLP
100 E. PRATT STREET SUITE 2440
BALTIMORE, MD 21202-1031
410.332.0444  410.659.0436 fax     www.zuckerman.com

Robert T. Shaffer, Senior Vice President & General Counsel
Retail Services & Systems, Inc. / d/b/a - Total Wine & More
6600 Rockledge Drive
Suite 150
Bethesda, MD 20817

| | |
|---|---|
| Invoice Date: | June 8, 2020 |
| Invoice Number: | 401440 |
| Matter Number: | 13298-0021 |
| EIN: | 52-1112233 |

*For Professional Services through* **May 31, 2020**

**Client:** Total Wine
**Matter:** Indiana Fine Wine and Spirits, LLC

| | | |
|---|---|---|
| Total Fees | $ | 2,022.50 |
| Total Expenses | $ | 269.74 |
| Total Due This Invoice | $ | 2,292.24 |
| Previous Balance Due | $ | 51,847.22 |
| **Amount Due** | **$** | **54,139.46** |

**PRIOR OPEN INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | | Payments | | Balance Due |
|---|---|---|---|---|---|---|
| 04/08/2020 | 400904 | $ | 28,911.60 | $ | 0.00 | $ 28,911.60 |
| 05/08/2020 | 401195 | $ | 22,935.62 | $ | 0.00 | $ 22,935.62 |
| | | $ | 51,847.22 | $ | 0.00 | $ 51,847.22 |

| | | |
|---|---|---|
| **Prior Open Invoices Balances Due** | $ | **51,847.22** |



EXHIBIT
6

| Total Wine | Invoice Date: | June 8, 2020 |
|---|---|---|
| | Invoice Number: | 401440 |
| | Matter Number: | 13298-0021 |

Please email BillingDepartment@zuckerman.com for questions regarding the above invoice(s).

**Remittance via US Mail:**

Zuckerman Spaeder LLP
PO BOX 45799
Baltimore, MD  21297-5799
EIN: 52-1112263
202-778-1800

**Remittance for Overnight Payments ONLY**

BB&T now Truist
Attn:  Lockbox # - 45799
16410 Heritage Blvd – 2nd Floor
Bowie, MD  20716-3172

**Remittance via ACH Transfer:**

BB&T
1909 K Street, N.W.
Washington, DC 20036
Contact: Grace Wiley
ABA: 054001547
Account: 5163266158
Swift# (Intl Only): BRBTUS33
Account Name: Zuckerman Spaeder LLP
*Please include invoice number in description*
*Fax number for remittance advice: 202-822-8106*

Total Wine

| | |
|---|---|
| Invoice Date: | June 8, 2020 |
| Invoice Number: | 401440 |
| Matter Number: | 13298-0021 |

## TIMEKEEPER SUMMARY

| Name | Rate | Hours | | Amount |
|------|------|-------|---|--------|
| John J. Connolly | 625.00 | 0.80 | $ | 500.00 |
| William J. Murphy | 725.00 | 2.10 | $ | 1,522.50 |
| | **Total** | **2.90** | **$** | **2,022.50** |

## DESCRIPTION OF SERVICE RENDERED

John J. Connolly

| | | |
|---|---|---|
| 05/11/20 | 0.40 | Review decision granting preliminary injunction and related e-mail correspondence. |
| 05/19/20 | 0.40 | Review government submission and related e-mail correspondence; teleconference with co-counsel. |

William J. Murphy

| | | |
|---|---|---|
| 05/04/20 | 0.10 | Review defendants' filing. |
| 05/11/20 | 0.70 | Review court's opinion on preliminary injunction; correspondence with team. |
| 05/12/20 | 0.20 | Correspondence with client and team regarding next steps. |
| 05/13/20 | 0.20 | Telephone with Mr. Shaffer. |
| 05/19/20 | 0.80 | Correspondence with client and co-counsel; telephone with Mr. Shaffer; conference call with Indiana counsel. |
| 05/27/20 | 0.10 | Correspondence with team. |

## EXPENSES

| Description | Amount |
|-------------|--------|
| West Group - Outside Duplicating/Printing | 258.64 |
| Pacer Research | 11.10 |
| **Total** | **$269.74** |



**ZUCKERMAN SPAEDER**

ZUCKERMAN SPAEDER LLP
100 E. PRATT STREET SUITE 2440
BALTIMORE, MD 21202-1031
410.332.0444  410.659.0436 fax    www.zuckerman.com

| | |
|---|---|
| Robert T. Shaffer, Senior Vice President & General Counsel | Invoice Date: |
| Retail Services & Systems, Inc. / d/b/a - Total Wine & More | Invoice Number: |
| 6600 Rockledge Drive | Matter Number: |
| Suite 150 | EIN: |
| Bethesda, MD 20817 | |

| | |
|---|---|
| July 9, 2020 | |
| 401726 | |
| 13298-0021 | |
| 52-1112233 | |

*For Professional Services through* **June 30, 2020**

**Client:** Total Wine
**Matter:** Indiana Fine Wine and Spirits, LLC

| | | |
|---|---|---|
| Total Fees | $ | 2,015.00 |
| Total Due This Invoice | $ | 2,015.00 |
| Previous Balance Due | $ | 2,292.24 |
| **Amount Due** | $ | **4,307.24** |

**PRIOR OPEN INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 06/08/2020 | 401440 | $ 2,292.24 | $ 0.00 | $ 2,292.24 |
| | | $ 2,292.24 | $ 0.00 | $ 2,292.24 |
| | **Prior Open Invoices Balances Due** | | $ | **2,292.24** |



Total Wine

Invoice Date: July 9, 2020
Invoice Number: 401726
Matter Number: 13298-0021

Please email BillingDepartment@zuckerman.com for questions regarding the above invoice(s).

**Remittance via US Mail:**

Zuckerman Spaeder LLP
PO BOX 45799
Baltimore, MD  21297-5799
EIN: 52-1112263
202-778-1800

**Remittance for Overnight Payments ONLY**

BB&T now Truist
Attn:  Lockbox # - 45799
16410 Heritage Blvd – 2nd Floor
Bowie, MD  20716-3172

**Remittance via ACH Transfer:**

BB&T
1909 K Street, N.W.
Washington, DC 20036
Contact: Grace Wiley
ABA: 054001547
Account: 5163266158
Swift# (Intl Only): BRBTUS33
Account Name: Zuckerman Spaeder LLP
*Please include invoice number in description*
*Fax number for remittance advice: 202-822-8106*

Total Wine

| | | |
|---|---|---|
| Invoice Date: | | July 9, 2020 |
| Invoice Number: | | 401726 |
| Matter Number: | | 13298-0021 |

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | | Amount |
|---|---|---|---|---|
| John J. Connolly | 625.00 | 1.60 | $ | 1,000.00 |
| William J. Murphy | 725.00 | 1.40 | $ | 1,015.00 |
| | **Total** | **3.00** | **$** | **2,015.00** |

**DESCRIPTION OF SERVICE RENDERED**

John J. Connolly

| | | |
|---|---|---|
| 06/15/20 | 0.70 | E-mail correspondence regarding appeal possibility. |
| 06/16/20 | 0.30 | Research regarding appellate jurisdiction and telephone Mr. Murphy regarding same. |
| 06/24/20 | 0.60 | Review and revise motion for preliminary injunction and related e-mail correspondence. |

William J. Murphy

| | | |
|---|---|---|
| 06/05/20 | 0.10 | Review correspondence from Messrs. Shaffer and Babb. |
| 06/08/20 | 0.30 | Conference call with Magistrate; correspondence with Mr. Shaffer. |
| 06/16/20 | 0.10 | Review correspondence regarding appeal issues. |
| 06/23/20 | 0.10 | Correspondence with client and co-counsel. |
| 06/24/20 | 0.60 | Review correspondence regarding permanent injunction; review and revise motion. |
| 06/25/20 | 0.20 | Review draft orders and correspondence with team. |



**ZUCKERMAN SPAEDER**

ZUCKERMAN SPAEDER LLP
100 E. PRATT STREET SUITE 2440
BALTIMORE, MD 21202-1031
410.332.0444  410.659.0436 fax    www.zuckerman.com

| | |
|---|---|
| Robert T. Shaffer, Senior Vice President & General Counsel<br>Retail Services & Systems, Inc. / d/b/a - Total Wine & More<br>6600 Rockledge Drive<br>Suite 150<br>Bethesda, MD 20817 | Invoice Date:          July 30, 2020<br>Invoice Number:          401902<br>Matter Number:       13298-0021<br>EIN:                  52-1112263 |

*For Professional Services through **July 30, 2020***

| | |
|---|---|
| **Client:** | Total Wine |
| **Matter:** | Indiana Fine Wine and Spirits, LLC |

| | | |
|---|---|---:|
| Total Fees | $ | 7,257.50 |
| Total Due This Invoice | $ | 7,257.50 |
| | | |
| Previous Balance Due | $ | 4,307.24 |
| **Amount Due** | **$** | **11,564.74** |

**PRIOR OPEN INVOICES**

| Invoice Date | Invoice Number | Invoice Amount | | Payments | | Balance Due |
|---|---|---:|---|---:|---|---:|
| 06/08/2020 | 401440 | $ 2,292.24 | $ | 0.00 | $ | 2,292.24 |
| 07/09/2020 | 401726 | $ 2,015.00 | $ | 0.00 | $ | 2,015.00 |
| | | $ 4,307.24 | $ | 0.00 | $ | 4,307.24 |
| | **Prior Open Invoices Balances Due** | | | | **$** | **4,307.24** |



**EXHIBIT**
S

Total Wine

Invoice Date:                          July 30, 2020
Invoice Number:                            401902
Matter Number:                         13298-0021

Please email BillingDepartment@zuckerman.com for questions regarding the above invoice(s).

**Remittance via US Mail:**

Zuckerman Spaeder LLP
PO BOX 45799
Baltimore, MD  21297-5799
EIN: 52-1112263
202-778-1800

**Remittance for Overnight Payments ONLY**

BB&T now Truist
Attn:  Lockbox # - 45799
16410 Heritage Blvd – 2nd Floor
Bowie, MD  20716-3172

**Remittance via ACH Transfer:**

BB&T
1909 K Street, N.W.
Washington, DC 20036
Contact: Grace Wiley
ABA: 054001547
Account: 5163266158
Swift# (Intl Only): BRBTUS33
Account Name: Zuckerman Spaeder LLP
*Please include invoice number in description*
*Fax number for remittance advice: 202-822-8106*

Total Wine

| | |
|---|---|
| Invoice Date: | July 30, 2020 |
| Invoice Number: | 401902 |
| Matter Number: | 13298-0021 |

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | | Amount |
|---|---|---|---|---|
| John J. Connolly | 625.00 | 2.10 | $ | 1,312.50 |
| William J. Murphy | 725.00 | 8.20 | $ | 5,945.00 |
| | **Total** | **10.30** | **$** | **7,257.50** |

**DESCRIPTION OF SERVICE RENDERED**

John J. Connolly

| | | |
|---|---|---|
| 07/08/20 | 0.40 | E-mail correspondence regarding state's response to motion for preliminary injunction and related research on final judgment. |
| 07/10/20 | 0.50 | Research magistrate judge authority and review reply in support of motion for permanent injunction. |
| 07/28/20 | 0.30 | Review declaration in support of motion for attorney's fees and telephone Mr. Murphy. |
| 07/29/20 | 0.90 | Review and revise fee petition. |

William J. Murphy

| | | |
|---|---|---|
| 07/08/20 | 1.10 | Participate in call with Magistrate; review State response to motion for permanent injunction; telephone call with Mr. Babb; correspondence with Mr. Shaffer and team. |
| 07/09/20 | 0.20 | Conference call with Mr. Connolly. |
| 07/10/20 | 1.10 | Correspondence with team; research regarding magistrate proceedings; finalize reply brief and consent to proceed with Magistrate. |
| 07/20/20 | 0.30 | Review court order; correspondence with client and team. |
| 07/22/20 | 0.30 | correspondence with regarding fee petition; review invices. |
| 07/23/20 | 0.50 | Review invoices; teleconference with Mr. Connolly; teleconference with Mr. Shaffer. |
| 07/27/20 | 1.60 | Telephone conference with and correspondence with Mr. Shaffer; correspondence with Mr. Intermill; teleconfer with Mr. Connolly regarding fee petition; begin drafting declaration in support of fee petition. |
| 07/28/20 | 2.30 | Prepare and revise declaration in support of fees; correspondence with Mr. Shaffer and Indiana counsel; confer with Mr. Connolly. |
| 07/29/20 | 0.80 | Review and revise draft motion for attorney's fees; correspondence with client and Indiana counsel. |