# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA FINE WINE & SPIRITS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:20-CV-00741-TWP-MJD |
| | ) |
| DAVID COOK, Chairman, Indiana | ) |
| Alcohol and Tobacco Commission; | ) |
| JOHN KRAUSS, Vice Chairman, Indiana | ) |
| Alcohol and Tobacco Commission; | ) |
| DALE GRUBB, Commissioner, Indiana | ) |
| Alcohol and Tobacco Commission; and | ) |
| MARJORIE MAGINN, Commissioner, | ) |
| Indiana Alcohol and Tobacco Commission, | ) |
| | ) |
| Defendants. | ) |

### RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

Defendants, by counsel, respectfully submit their opposition to Plaintiff's Motion for Attorneys' Fees and Costs [ECF No. 60] and state the following in support:

1. Plaintiff submitted requests for attorneys' fees incurred by John J. Connolly and William J. Murphy. Both attorneys are based out of Baltimore, Maryland, according to their attorney biographies provided with Mr. Murphy's affidavit. In his affidavit provided with Plaintiff's Motion, Mr. Murphy provides that his rate is $725 an hour and Mr. Connolly's rate is $625 an hour.

2. Mr. Murphy states in his affidavit that these are their "standard hourly rates for matters originat[ing] in the Baltimore office of the firm" and that they are "fair and reasonable for attorneys with comparable experience."

3. A reasonable hourly rate is "one that is derived from the market rate for the services rendered." *Jamgotchian v. Indiana Horse Racing Comm.*, Cause No. 1:16-cv-2344-WTL-TAB, 2018 WL 2560941, *1 (S.D. Ind. June 4, 2018) (citing *Pickett v. Sheridan Health Care Ctr.*, 664 F.3d 632, 640 (7th Cir. 2011)). "The fee applicant bears the burden of 'produc[ing] satisfactory evidence—in addition to the attorney's own affidavits—that the requested rates are in line with those prevailing in the community.'" *Pickett v. Sheridan Health Care Ctr.*, 664 F.3d 632, 640 (7th Cir. 2011) (quoting *Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984) (identifying that "reasonable fees" under § 1988 are to be calculated according to the prevailing market rates in the relevant community)). The Seventh Circuit has "advised district courts to rely on the 'next best evidence' of an attorney's market rate, namely 'evidence of rates similarly experienced attorneys in the community charge paying clients for similar work and evidence of fee awards the attorney has received in similar cases.'" *Id.* (quoting *Spegon v. Catholic Bishop of Chi.*, 175 F.3d 544, 555 (7th Cir. 1999)).

4. While the hourly rates charged by Mr. Murphy and Mr. Connolly may be the market rate for the Baltimore community and surrounding areas, Defendants contend that this rate is well above the market rate for the Indianapolis legal community for attorneys with comparable federal litigation experience. For

example, Kenneth J. Falk, an attorney with the ACLU of Indiana who has extensive federal litigation and appellate experience, recently prevailed in a motion for attorneys' fees in *Planned Parenthood of Indiana and Kentucky, Inc. et al. v. Commissioner, Indiana State Dept. of Health*, 2020 WL 906273, No. 1:16-cv-763-TWP-DML (S.D. Ind., February 25, 2020) where his hourly rate is identified as $500.00 an hour.

5. Furthermore, Indianapolis is the relevant legal community for the purposes of determining the market rate, as Plaintiffs sought to operate their business in Indianapolis and challenged an Indiana law as unconstitutional.

6. Mr. Murphy, in his affidavit, does not provide evidence of comparable rates for attorneys in the Indianapolis area with litigation experience similar to his own and Mr. Connolly's experience.

7. Accordingly, Defendants request that this Court consider adjusting the hourly rate for Mr. Murphy and Mr. Connolly to reflect an appropriate rate for attorneys of their experience for the Indianapolis market to calculate an appropriate attorneys' fee award under 42 U.S.C. § 1988.

       Respectfully submitted,

       OFFICE OF THE INDIANA ATTORNEY GENERAL

By: Jefferson S. Garn
   Section Chief, Administrative and
   Regulatory Enforcement Litigation

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Phone: (317) 234-7119
Facsimile:  (317) 232-7979
Email: Jefferson.Garn@atg.in.gov